UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENGATE FRESH, LLLP, an Arizona limited liability limited partnership,<br><br>              Plaintiff,<br><br>  v.<br><br>TRINITY FRESH PROCUREMENT, LLC, a California limited liability company, PAUL ABESS, individually, and TRINITY FRESH MANAGEMENT, LLC, a California limited liability company,<br><br>              Defendants. | Case No. 2:18-CV-03161 JAM-EFB<br><br>**<u>RELATED CASE ORDER</u>** |
| FRESHPOINT DENVER, INC., and RUBY ROBINSON COMPANY, LLC,<br><br>              Plaintiffs,<br><br>  v.<br><br>TRINITY FRESH DISTRIBUTION, LLC, TRINITY FRESH MANAGEMENT, LLC, TRINITY FRESH PROCUREMENT, LLC and PAUL P. ABESS,<br><br>              Defendants. | Case No. 2:18-CV-03183 KJM-KJN |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same

judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:18-CV-03183 KJM-KJN be reassigned to Judge John A. Mendez and Magistrate Judge Edmund F. Brennan for all further proceedings, and any dates currently set in the reassigned case only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:18-CV-03183 JAM-EFB.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: December 17, 2018

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge