Lawrence H. Meuers, Esq. (SBN: 197663)
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, FL 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677
lmeuers@meuerslawfirm.com

*Attorneys for Plaintiff, GreenGate Fresh, LLLP*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GREENGATE FRESH, LLLP, an Arizona limited liability limited partnership,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**TRINITY FRESH PROCUREMENT, LLC, a California limited liability company, PAUL ABESS, individually, and TRINITY FRESH MANAGEMENT, LLC, a California limited liability company,**<br><br>**Defendants.** | **CASE NO: 2:18-cv-03161-JAM-EFB**<br><br>**CONSENT ORDER TO MODIFY ORDER GRANTING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER** |

Before this Court is the Consent Order to Modify the Order Granting Plaintiff's Motion for Temporary Restraining Order (the "Temporary Restraining Order") requested by Plaintiff, GreenGate Fresh, LLLP and Paul Abess, individually. The parties request that this Court modify the Temporary Restraining Order to release the bank accounts of non-party, Trinity Fresh Trucking, LLC, including the account held at Central Valley Community Bank.

## I. BACKGROUND

(A) On December 20, 2018, this Court granted the Temporary Restraining Order [DE 11].

(B) The parties state that the Temporary Restraining Order was served upon Central Valley Community Bank, a financial institution that maintains accounts for Trinity Fresh Procurement, LLC, Trinity Fresh Management, LLC, and Trinity Fresh Distribution, LLC.

(C) Central Valley Community Bank has frozen the operating account of Trinity Fresh Trucking, LLC, a non-party to this action.

(D) The parties agree that Central Valley Community Bank should release all restraints placed on the accounts of Trinity Fresh Trucking, LLC.

(E) Plaintiff reserves all claims and rights against Trinity Fresh Trucking, LLC, including the right to later assert that it is in possession of, or has possessed, assets subject to the trust provisions of the Perishable Agricultural commodities Act of 1930, as amended, 7 U.S.C. §499e(c) ("PACA").

## II.     CONCLUSION AND ORDER

For all of the reasons set forth above:

(1) The Temporary Restraining Order is modified to release the restraints place by the Order on the accounts of Trinity Fresh Trucking, LLC, **only** and, therefore, bankers, including Central Valley Community Bank, shall release the restraints imposed upon such accounts.

(2) Plaintiff reserves all claims against Trinity Fresh Trucking, LLC including the right to later assert that it is in possession of, or has possessed, assets subject to the trust provisions of the PACA.

(3) This Order is binding upon the parties to the parties to this action, banking and financial institutions, such as Central Valley Community Bank, and all other persons or entities receiving actual notice of this Order by personal service, including facsimile transmission, email, priority mail with delivery confirmation, or overnight delivery.

(4) The Temporary Restraining Order continues in full force and effect, except upon further Order of this Court.

(5) All other provisions of the Order remain in effect.

IT IS SO ORDERED.

Dated: December 27, 2018

/s/ John A. Mendez_____
John A. Mendez,
United States District Judge

CONSENTED BY THE PARTIES:

DATED: December 26, 2018

        **MEUERS LAW FIRM, P.L.**

        By: /s/ Lawrence H. Meuers
        Lawrence H. Meuers (SBN 197663)

        *Attorneys for Plaintiff, GreenGate Fresh, LLLP*

DATED: December 26, 2018   **DAHL LAW**

        By: /s/ Walter R. Dahl
        Walter R. Dahl

        *Attorneys for Defendant, Paul Abass, individually.*