UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENGATE FRESH, LLLP, an Arizona limited liability limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>TRINITY FRESH PROCUREMENT, LLC, a California limited liability company; PAUL ABESS, individually; and TRINITY FRESH MANAGEMENT, LLC, a California limited liability company,<br><br>Defendants. | CASE NO. 2:18-cv-03161-JAM-EFB<br><br>**ORDER APPROVING STIPULATION FOR INTERVENTION** |

Having read and considered the parties' Stipulation for Intervention, and good cause appearing therefor,

IT IS HEREBY ORDERED that said Stipulation is granted and the Complaint in Intervention may be filed and served. Intervening-Plaintiffs Sunterra Produce Traders, Inc., 1st Quality Produce, Inc., Peterson, Farms, Inc., Coastal Pacific Sales, LLC, and Froerer Farms, Inc. d/b/a Owyhee Produce shall file and serve the Complaint in Intervention on Trinity Fresh Distribution, LLC and other defendants who have not appeared in this action in compliance with

1

Fed.R.Civ.P. Rule 4 or under California Code of Civil Procedure § 415.10 *et seq.* Service on Defendant Paul Abess shall be deemed complete in accordance with Local Rule 135(a)., and the Defendants are granted 21 days after service of said Complaint in which to file their respective answers of other responsive pleadings.

DATED: 1/11/2019  /s/ John A. Mendez
HON. JOHN A. MENDEZ
JUDGE OF THE U.S. DISTRICT COURT