

FILED
MAR 05 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

Lawrence J. Meuers, Esq., State Bar No. 197663
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, FL 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677
lmeuers@meuerslawfirm.com

Attorneys for Plaintiff, GREENGATE FRESH, LLLP

JUNE MONROE, State Bar No. 284763
R. JASON READ, State Bar No. 117561
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911

Attorneys for Intervening-Plaintiffs
SUNTERRA PRODUCE TRADERS, INC.,
1ST QUALITY PRODUCE, INC.,
PETERSON FARMS, INC.,
COASTAL PACIFIC SALES, LLC and
FROERER FARMS, INC. d/b/a OWYHEE PRODUCE

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENGATE FRESH, LLLP, an Arizona limited liability limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>TRINITY FRESH PROCUREMENT, LLC, a California limited liability company; PAUL ABESS, individually; and TRINITY FRESH MANAGEMENT, LLC, a California limited liability company,<br><br>Defendants. | CASE NO. 2:18-cv-03161-JAM-EFB<br>Consolidated with:<br>2:18-cv-03183-KJM-KJN<br><br>**PLAINTIFFS' CONSENT ORDER TO AMEND AMENDED PRELIMINARY INJUNCTION ORDER, ESTABLISHING PACA CLAIMS PROCEDURE, AND ALLOWING EXPEDITED DISCOVERY [ECF NO. 47]** |

1

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

| | |
|---|---|
| 1 | SUNTERRA PRODUCE TRADERS, INC., a California corporation; 1ST QUALITY PRODUCE, INC., a California corporation; PETERSON FARMS, INC., a Michigan corporation; COASTAL PACIFIC SALES, LLC, a Washington limited liability company; and FROERER FARMS, INC., an Oregon corporation, D/B/A OWYHEE PRODUCE, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Intervening Plaintiffs, |
| 7 | vs. |
| 8 | TRINITY FRESH DISTRIBUTION, LLC, California limited liability company; TRINITY FRESH MANAGEMENT, LLC, California limited liability company; TRINITY FRESH PROCUREMENT, LLC, California limited liability company; and PAUL P. ABESS, an individual, |
| 9 | |
| 10 | |
| 11 | |
| | Defendants. |
| 12 | FRESHPOINT DENVER, INC., a Colorado corporation, and RUBY ROBINSON COMPANY, LLC, an Illinois limited liability company |
| 13 | |
| 14 | |
| 15 | Consolidated Plaintiffs, |
| 16 | v. |
| 17 | TRINITY FRESH DISTRIBUTION, LLC, California limited liability company; TRINITY FRESH MANAGEMENT, LLC, California limited liability company; TRINITY FRESH PROCUREMENT, LLC, California limited liability company; and PAUL P. ABESS, an individual, |
| 18 | |
| 19 | |
| 20 | Consolidated Defendants. |

Plaintiff GreenGate Fresh, LLLP ("GreenGate"), Intervening Plaintiffs Sunterra Produce Traders, Inc., 1st Quality Produce, Inc., Peterson Farms, Inc., Coastal Pacific Sales, LLC; and Froerer Farms, Inc. d/b/a Owyhee Produce (collectively "Intervening Plaintiffs") and

2

Consolidated Plaintiffs FreshPoint Denver, Inc. and Ruby Robinson Co., LLC (the "FreshPoint Group" with GreenGate and Intervening Plaintiffs are together "Plaintiffs") respectfully request that the Court modify the Amended PI Order as follows:

A. On February 28, 2019, the Court entered the Amended Preliminary Injunction Order, Establishing PACA Claims Procedure, and Allowing Expedited Discovery [ECF No. 47] (the "Amended PI Order").

B. Plaintiffs have received feedback from the attorney or Produce Pay raising concerns regarding the scope of paragraph 8 of the Amended PI Order, and have agreed to modify this language as set forth herein to add the language underlined below.

C. Counsel for Defendant Paul Abess, Walter Dahl, Esq., stated that he has no opposition to the revised text for paragraph 8, but that accommodating this revision is not evidence of his consent to the balance of the Amended PI Order.

D. No attorney has made an appearance on behalf of the Trinity Entities.

## I. CONCLUSION AND ORDER

For all the reasons set forth above:

1. Paragraph 8 of the Amended PI Order is modified to read as follows:

8. The Trinity Entities and any of their banking institutions, lenders, and factors including without limitation, Central Valley Community Bank, are directed not to pay, setoff, withdraw, transfer, assign, encumber or sell any and all existing PACA Trust Assets or otherwise dispose of any corporate assets <u>belonging to the Trinity Entities that may be in their possession, custody, or control</u> to any creditors, persons, or entities except as authorized by this Order, as set forth in paragraphs 14 and 17 through 20, or until otherwise directed by further order of this Court.

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

2. All other provisions of the Amended PI Order remain in effect.

IT IS SO ORDERED.

Dated: March 4, 2019

_____
JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE

RYNN & JANOWSKY, LLP

DATED: March 1, 2019.  /s/ June Monroe
June Monroe
RYNN & JANOWSKY, LLP
4100 Newport Place Dr., Suite 700
Newport Beach, CA 92660
Tel. 949.752.2911
Fax.949.752.0953

Attorneys for Intervening Plaintiffs Sunterra Produce Traders, Inc., et al.

MEUERS LAW FIRM, P.L.

DATED: March 1, 2019.  /s/ Lawrence H. Meuers
Lawrence H. Meuers
Meuers Law Firm, P.L.
5395 Park Central Court
Naples, FL 34109
Tel: 239.513.9191
Fax: 239.513.9677

Attorneys for Plaintiff Greengate Fresh, LLLP

DATED: March 1, 2019.  /s/ Kate Ellis
Kate Ellis
McCARRON & DIESS
4530 Wisconsin Avenue N.W., Suite 301
Washington, DC 20016
Tel. 202.364.0400
Fax 202.364-2731
kellis@mccarronlaw.com
*Pro Hac Vice*