UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENGATE FRESH, LLLP, an Arizona limited liability limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>TRINITY FRESH PROCUREMENT, LLC, a California limited liability company; PAUL ABESS, individually; and TRINITY FRESH MANAGEMENT, LLC, a California limited liability company,<br><br>Defendants. | CASE NO. 2:18-cv-03161-JAM-EFB<br>**Consolidated with**<br>2:18-cv-03183- JAM-EFB<br><br>**ORDER APPROVING PLAINTIFFS' STIPULATION REGARDING SALE OF FIXTURES, FURNITURE AND EQUIPMENT AND PAYMENT OF STORAGE FEES** |
| SUNTERRA PRODUCE TRADERS, INC., a California corporation; 1ST QUALITY PRODUCE, INC., a California corporation; PETERSON FARMS, INC., a Michigan corporation; COASTAL PACIFIC SALES, LLC, a Washington limited liability company; and FROERER FARMS, INC., an Oregon corporation, D/B/A OWYHEE PRODUCE,<br><br>Intervening Plaintiffs,<br><br>vs.<br><br>TRINITY FRESH DISTRIBUTION, LLC, | |

1

| | |
|---|---|
| 1 | California limited liability company; TRINITY FRESH MANAGEMENT, LLC, California |
| 2 | limited liability company; TRINITY FRESH PROCUREMENT, LLC, California limited |
| 3 | liability company; and PAUL P. ABESS, an individual, |
| 4 | |
| | Defendants. |
| 5 | FRESHPOINT DENVER, INC., a Colorado corporation, and RUBY ROBINSON |
| 6 | COMPANY, LLC, an Illinois limited liability company |
| 7 | |
| | Consolidated Plaintiffs, |
| 8 | |
| | v. |
| 9 | |
| 10 | TRINITY FRESH DISTRIBUTION, LLC, California limited liability company; TRINITY FRESH MANAGEMENT, LLC, |
| 11 | California limited liability company; TRINITY FRESH PROCUREMENT, LLC, California limited liability company; and |
| 12 | PAUL P. ABESS, an individual, |
| 13 | Consolidated Defendants. |

Having read and considered the Stipulation Regarding the Sale of the Fixture, Furniture and Equipment ("FF&E") and the Payment of Storage Fees by: (1) Plaintiffs, Plaintiff GreenGate Fresh, LLLP ("GreenGate"), Intervening Plaintiffs Sunterra Produce Traders, Inc., 1st Quality Produce, Inc., Peterson Farms, Inc., Coastal Pacific Sales, LLC; and Froerer Farms, Inc. d/b/a Owyhee Produce (collectively "Intervening Plaintiffs") and Consolidated Plaintiffs FreshPoint Denver, Inc. and Ruby Robinson Co., LLC (the "FreshPoint Group," GreenGate, Intervening Plaintiffs and the FreshPoint Group are, together, the "Plaintiffs"); and (2) Patrick Bulmer of California Receivership Services (the "Receiver"), and good cause appearing therefor,

IT IS HEREBY ORDERED that said Stipulation is granted in its entirety as follows:

1. The FF&E shall be sold to Bar None Auction for a purchase price of $12,000. The Receiver shall direct Bar None Auction to remit $6,000 of the purchase price to 8200 Berry Associates, LLC ("Landlord") as payment of the storage fees on the FF&E in a manner instructed by the Landlord. The Receiver shall direct Bar None Auction to remit $6,000 of the purchase price by check made payable to the "Trinity Fresh PACA Trust Account" and sent to the Administrative Counsel, attn.: June Monroe, Rynn & Janowsky, LLP, 4100 Newport Place Drive, Suite 700, Newport Beach, CA 92660.

2. The cooling units and compressor affixed to the 8200 Berry Avenue, Suites 130/140/150, Sacramento, CA 95828 ("Premises") shall be abandoned.

3. The vehicles on the Premises shall be sold by auction and the sales proceeds shall be handled in the manner set forth in the Receivership Order [ECF No. 40].

IT IS SO ORDERED.

DATED: 3/25/2019

/s/ John A. Mendez\
HON. JOHN A. MENDEZ\
JUDGE OF THE U.S. DISTRICT COURT