C. Russell Georgeson
State Bar No. 53589
Georgeson and Belardinelli
7060 North Fresno Street, Suite 250
Fresno, California 93720
Telephone: (559) 447-8800
Facsimile: (559) 447-0747
Email: crgdanelaw@sbcglobal.net

Kate Ellis
McCarron & Diess
4530 Wisconsin Avenue N.W., Suite 301
Washington, D.C. 20016
Telephone: (202) 364-0400
Facsimile: (202) 364-2738
Email: kellis@mccarronlaw.com
Pro Hac Vice

*Attorneys for Plaintiffs FreshPoint Denver,
Inc. and Ruby Robinson Company, LLC*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GREENGATE FRESH, LLLP,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**TRINITY FRESH PROCUREMENT, LLC, et al.**<br><br>**Defendants.** | **CASE NO: 2:18-cv-03161-JAM-EFB**<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PRODUCE PAY, INC.'S OMNIBUS OBJECTION TO CERTAIN PACA PROOFS OF CLAIM** |

| | |
|---|---|
| **SUNTERRA PRODUCE TRADERS, INC., et al.** | |
| Intervening Plaintiffs, | |
| vs. | |
| **TRINITY FRESH DISTRIBUTION, LLC, et al.,** | |
| Defendants. | |
| **FRESHPOINT DENVER, INC. and RUBY ROBINSON COMPANY, LLC,** | |
| Consolidated Plaintiffs, | |
| vs. | |
| **TRINITY FRESH DISTRIBUTION, LLC, et al.** | |
| Consolidated Defendants. | |
| **PRODUCE PAY, INC.** | |
| Intervenor Plaintiff, | |
| vs. | |
| **TRINITY FRESH DISTRIBUTION, LLC, TRINITY FRESH MANAGEMENT, LLC, and TRINITY FRESH PROCUREMENT, LLC,** | |
| Intervenor Defendants. | |

Before this Court is the Stipulation to Extend Deadline to Respond to Produce Pay, Inc.'s Omnibus Objection to Certain PACA Proofs of Claim agreed to by and between Plaintiff GreenGate Fresh, LLLP, Intervening Plaintiffs Sunterra Produce Traders, Inc., 1st Quality Produce, Inc., Peterson Farms, Inc., Coastal Pacific Sales, LLC; Froerer Farms, Inc. d/b/a Owyhee Produce, Nor-Cal Produce, Inc., and Ben E. Keith Company (collectively "Intervening Plaintiffs"), Consolidated Plaintiffs FreshPoint Denver, Inc. and Ruby Robinson Co., LLC (the "FreshPoint Group" with GreenGate and Intervening Plaintiffs are together "Plaintiffs"), and Intervenor Produce Pay, Inc. ("Produce Pay") (Plaintiffs and Produce Pay are the "Parties"), by and through their respective undersigned attorneys. The Parties stipulate and agree that the deadline to respond to Produce Pay, Inc.'s Omnibus Objection to Certain PACA Proofs of Claim [Doc. 82] ("Objection") should be extended to June 10, 2019, on the following grounds:

1. In accordance with the terms of the Amended Preliminary Injunction Order Establishing PACA Claims Procedure and Allowing Expedited Discovery [Doc. 47] ("PACA Order"), Plaintiffs filed their PACA Proofs of Claim alleging they are beneficiaries of the statutory trust arising under Section 499e(c)(2) of the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. § 499e(c)(2).

2. Intervenor Produce Pay filed its Objection to Plaintiffs' claims on May 13, 2019, and asserts that Plaintiffs must submit certain documentation to substantiate their PACA claims, including proof of delivery of every claimed shipment of produce and proof of delivery of Plaintiffs' notice of intent to preserve trust benefits, including emails. Without conceding the validity of Produce Pay's position, and reserving all rights, Plaintiffs are researching this documentation, which is voluminous because it collectively

STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PRODUCE PAY, INC.'S OMNIBUS OBJECTION TO CERTAIN PACA PROOFS OF CLAIM    PAGE 3

includes hundreds of shipments of produce and will require some time to gather, review, and/or reconcile such documentation.

3. Under the terms of the PACA Order, the deadline to respond to Produce Pay's objections is May 27, 2019. PACA Order ¶ 29.

4. Due to the Memorial Day holiday, and the volume of documentation sought by Produce Pay to respond to the claim objections, the Parties have agreed that the deadline to respond to Produce Pay's Objection should be extended to June 10, 2019.

IT IS SO ORDERED.

Dated: May 24, 2019

/s/ John A. Mendez_____
JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE

Respectfully submitted on May 24, 2019.

**STIPULATED AND AGREED BY:**

RYNN & JANOWSKY, LLP

DATED: May 24, 2019

/s/ June Monroe
June Monroe
RYNN & JANOWSKY, LLP
4100 Newport Place Dr., Suite 700
Newport Beach, CA 92660
Tel. 949.752.2911
Fax.949.752.0953

Attorneys for Intervening Plaintiffs
Sunterra Produce Traders, Inc., et al.

|   |   |   |
|---|---|---|
| | | MEUERS LAW FIRM, P.L. |
| DATED: May 24, 2019 | | /s/ Lawrence H. Meuers |
| | | Lawrence H. Meuers |
| | | Meuers Law Firm, P.L. |
| | | 5395 Park Central Court |
| | | Naples, FL 34109 |
| | | Tel: 239.513.9191 |
| | | Fax: 239.513.9677 |
| | | |
| | | Attorneys for Plaintiff Greengate Fresh, LLLP |
| DATED: May 24, 2019 | | /s/ Kate Ellis |
| | | Kate Ellis |
| | | McCARRON & DIESS |
| | | 4530 Wisconsin Avenue N.W., Suite 301 |
| | | Washington, DC 20016 |
| | | Tel. 202.364.0400 |
| | | Fax 202.364-2731 |
| | | kellis@mccarronlaw.com |
| | | *Pro Hac Vice* |
| | | |
| | | Attorneys for Consolidated Plaintiffs FreshPoint Denver, Inc. et al. |
| DATED: May 24, 2019 | | /s/ C. Russell Georgeson |
| | | C. Russell Georgeson |
| | | GEORGESON AND BELARDINELLI |
| | | State Bar No. 53589 |
| | | 7060 North Fresno Street, Suite 250 |
| | | Fresno, California 93720 |
| | | Tel. 559.447.8800 |
| | | Fax. 559.447.0747 |
| | | crgdanelaw@sbcglobal.net |
| | | |
| | | Attorneys for Plaintiff FreshPoint Denver, Inc. et al. |

| | | |
|---|---|---|
| DATED: May 24, 2019 | | /s/ Michael James Fletcher |

Michael James Fletcher
Baker Manock & Jensen PC
5260 North Palm Ave.
Suite 421
Fresno, CA 93704
559.432.5400
559.432.5620 (fax)
mfletcher@bakermanock.com

Attorneys for Intervenor Ben E. Keith Company

DATED: May 24, 2019                    /s/ George R. Pitts

George R. Pitts
Rubin and Rudman LLP
800 Connecticut Avenue, NW
Suite 400
Washington, DC 20006
Tel. 240.356.1566
gpitts@rubinrudman.com

Attorneys for Intervenor Nor-Cal Produce, Inc.

DATED: May 24, 2019                    /s/ Jason R. Klinowski

WALLACE JORDAN RATLIFF
& BRANDT LLC
800 Shades Creek Parkway, Suite 400
Birmingham, Alabama 35209
205.847.0371
jklinowski@wallacejordan.com
*Pro Hac Vice*

Attorneys for Intervenor Produce Pay, Inc.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the forgoing was served electronically to all parties in the above-captioned matter at the electronic address as disclosed with the Court, or by sending the same via U.S. Postal Service.

McCARRON & DIESS

DATED: May 23, 2019.  /s/ Kate Ellis
Kate Ellis
Counsel for Plaintiffs FreshPoint
Denver, Inc. and Ruby Robinson
Company, LLC

**Notice has been electronically mailed to:**

Alexander James Lewicki    alewicki@diemerwei.com

C. Russell Georgeson    crgdanelaw@sbcglobal.net

George R. Pitts    gpitts@rubinrudman.com, cgrant@rubinrudman.com

Jason Ryan Klinowski , PHV    jklinowski@wallacejordan.com, jvoight@wallacejordan.com

June T. Monroe    june@rjlaw.com, shelly@rjlaw.com

Kate Ellis , PHV    kellis@mccarronlaw.com

Kathryn Diemer    kdiemer@diemerwei.com, dsopko@diemerwei.com, ecfnotice@diemerwei.com

Lawrence H. Meuers    lmeuers@meuerslawfirm.com, lrogers@meuerslawfirm.com, sdefalco@meuerslawfirm.com

Michael James Fletcher    mfletcher@bakermanock.com, vkearney@bakermanock.com

Walter R. Dahl    wdahl@DahlLaw.net, choffman@dahllaw.net

**Notice has been sent by U.S. Mail**

| | |
|---|---|
| Patrick Bulmer | Trinity Fresh Distribution, LLC |
| California Receivership Services | Trinity Fresh Procurement, LLC |
| P.O. Box 5128 | Trinity Fresh Management, LLC |
| Oroville, CA 95966 | 6835 Pera Drive |
| | Rancho Murrieta, CA 95683 |