C. Russell Georgeson
State Bar No. 53589
Georgeson and Belardinelli
7060 North Fresno Street, Suite 250
Fresno, California 93720
Telephone: (559) 447-8800
Facsimile: (559) 447-0747
Email: crgdanelaw@sbcglobal.net

Kate Ellis
McCarron & Diess
4530 Wisconsin Avenue N.W., Suite 301
Washington, D.C. 20016
Telephone: (202) 364-0400
Facsimile: (202) 364-2738
Email: kellis@mccarronlaw.com
Pro Hac Vice

*Attorneys for Plaintiffs FreshPoint Denver, Inc. and Ruby Robinson Company, LLC*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GREENGATE FRESH, LLLP,** | **CASE NO: 2:18-cv-03161-JAM-EFB** |
| **Plaintiff,** | |
| vs. | **STIPULATION AND ORDER TO EXTEND CLAIMS PROCEDURE DEADLINES SET FORTH IN THE AMENDED PRELIMINARY INJUNCTION ORDER, ESTABLISHING PACA CLAIMS PROCEDURE, AND ALLOWING EXPEDITED DISCOVERY** |
| **TRINITY FRESH PROCUREMENT, LLC, et al.** | |
| **Defendants.** | |

STIPULATION AND ORDER TO EXTEND CLAIMS PROCEDURE DEADLINES SET FORTH IN THE AMENDED PRELIMINARY INJUNCTION ORDER, ESTABLISHING PACA CLAIMS PROCEDURE, AND ALLOWING EXPEDITED DISCOVERY

PAGE 1

| | |
|---|---|
| **SUNTERRA PRODUCE TRADERS, INC., et al.** | |
|        **Intervening Plaintiffs,** | |
| vs. | |
| **TRINITY FRESH DISTRIBUTION, LLC, et al.,** | |
|        **Defendants.** | |
| **FRESHPOINT DENVER, INC. and RUBY ROBINSON COMPANY, LLC,** | |
|        **Consolidated Plaintiffs,** | |
| vs. | |
| **TRINITY FRESH DISTRIBUTION, LLC, et al.** | |
|        **Consolidated Defendants.** | |
| **PRODUCE PAY, INC.** | |
|        **Intervenor Plaintiff,** | |
| vs. | |
| **TRINITY FRESH DISTRIBUTION, LLC, TRINITY FRESH MANAGEMENT, LLC, and TRINITY FRESH PROCUREMENT, LLC,** | |
|        **Intervenor Defendants.** | |

Before this Court is the Stipulation to Extend Claims Procedure Deadlines Set Forth in the Amended Preliminary Injunction Order, Establishing PACA Claims Procedure, and Allowing Expedited Discovery agreed to by and between Plaintiff GreenGate Fresh, LLLP, Intervening Plaintiffs Sunterra Produce Traders, Inc., 1st Quality Produce, Inc., Peterson Farms, Inc., Coastal Pacific Sales, LLC; Froerer Farms, Inc. d/b/a Owyhee Produce (the "Sunterra Group"), Nor-Cal Produce, Inc., and Ben E. Keith Company (collectively "Intervening Plaintiffs"), Consolidated Plaintiffs FreshPoint Denver, Inc. and Ruby Robinson Co., LLC (the "FreshPoint Group" with GreenGate and Sunterra Group, and Intervening Plaintiffs are together "Plaintiffs"), and Intervenor Produce Pay, Inc. ("Produce Pay") (Plaintiffs and Produce Pay are the "Parties"), by and through their respective undersigned attorneys. In support thereof, the Parties state as follows:

1. Plaintiffs filed their PACA Proofs of Claim alleging they are beneficiaries of the statutory trust arising under Section 499e(c)(2) of the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. § 499e(c)(2).

2. Intervenor Produce Pay filed its Objection to Plaintiffs' claims on May 13, 2019. Due to the Memorial Day holiday, and the volume of documentation sought by Produce Pay to respond to the claim objections, the Parties agreed that the deadline to respond to Produce Pay's Objection should be extended to June 10, 2019, which was approved by the Court [Doc. 86].

3. On May 29, 2019, certain plaintiffs filed the Joint Motion for Court Orders (1) Terminating the Receivership; (2) Enforcing the Liability Bond of Receiver; (3) Appointing a Referee to Complete Auction of Vehicles ("Receivership Termination

Motion") [Docs. 87-91]. As discussed more fully in the Receivership Termination Motion, counsel for the Sunterra Group was recently informed that the Court-appointed receiver, Patrick Bulmer, has died. *Id.* The movants requested that the auctioneer be appointed as referee to complete the sale of the vehicles in his possession. *Id.* Counsel for the Sunterra Group was recently informed by the auctioneer that, should the Receivership Termination Motion be granted, the vehicles could be sold at auctions scheduled for July 13, 2019 and/or August 10, 2019. The agreed deadline of September 6, 2019 to file and serve PACA Trust Chart and Notice of First Interim Distribution would give the auctioneer sufficient time to auction the vehicles and turn over the proceeds, should the Court approve the Receivership Termination Motion.

4. Having reviewed the procedural posture of this case, and the steps needed to proceed with the PACA Claims Procedure set out in the Amended Preliminary Injunction Order, Establishing PACA Claims Procedure, and Allowing Expedited Discovery ("Claims Order") [Doc. 47], and in light of the extension of the deadline to respond to Produce Pay's Objection and the Receiver's death and resulting Receivership Termination Motion, the Parties agree that an extension of additional deadlines is necessary for the orderly administration of claims and assets in this matter. The below chart sets forth the current deadline and agreed new deadline for certain events set out in the Claims Order.

STIPULATION AND ORDER TO EXTEND CLAIMS PROCEDURE DEADLINES SET FORTH IN THE AMENDED PRELIMINARY INJUNCTION ORDER, ESTABLISHING PACA CLAIMS PROCEDURE, AND ALLOWING EXPEDITED DISCOVERY

PAGE 4

|  | **Current Deadline** | **New Deadline** |
|---|---|---|
| **Deadline to File Motion for Ruling on Objections** | June 3, 2019 | June 24, 2019 |
| **Deadline to File and Serve PACA Trust Chart and Notice of First Interim Distribution** | June 17, 2019 | September 6, 2019 |
| **Deadline to File Objections to PACA Trust Chart and First Interim Distribution** | June 24, 2019 | September 20, 2019 |
| **Deadline to File Motion to Resolve Objections to PACA Trust Chart and to Approve First Interim Distribution** | July 1, 2019 | October 4, 2019 |
| **Anticipated Interim Distribution Deadline** | July 8, 2019 | October 11, 2019 |

IT IS SO ORDERED.

Dated: May 31, 2019

          /s/ John A. Mendez_____
          JOHN A. MENDEZ
          U.S. DISTRICT COURT JUDGE

Respectfully submitted on May 31, 2019.

**STIPULATED AND AGREED BY:**

          RYNN & JANOWSKY, LLP

DATED: May 31, 2019     /s/ June Monroe
          June Monroe
          RYNN & JANOWSKY, LLP
          4100 Newport Place Dr., Suite 700
          Newport Beach, CA 92660
          Tel. 949.752.2911
          Fax.949.752.0953

          Attorneys for Intervening Plaintiffs
          Sunterra Produce Traders, Inc., et al.


          MEUERS LAW FIRM, P.L.

DATED: May 31, 2019         /s/ Lawrence H. Meuers
                            Lawrence H. Meuers
                            Meuers Law Firm, P.L.
                            5395 Park Central Court
                            Naples, FL 34109
                            Tel: 239.513.9191
                            Fax: 239.513.9677

                            Attorneys for Plaintiff Greengate Fresh, LLLP

DATED: May 31, 2019         /s/ Kate Ellis
                            Kate Ellis
                            McCARRON & DIESS
                            4530 Wisconsin Avenue N.W., Suite 301
                            Washington, DC 20016
                            Tel. 202.364.0400
                            Fax 202.364-2731
                            kellis@mccarronlaw.com
                            *Pro Hac Vice*

                            Attorneys for Consolidated Plaintiffs
                            FreshPoint Denver, Inc. et al.

DATED: May 31, 2019         /s/ C. Russell Georgeson
                            C. Russell Georgeson
                            GEORGESON AND BELARDINELLI
                            State Bar No. 53589
                            7060 North Fresno Street, Suite 250
                            Fresno, California 93720
                            Tel. 559.447.8800
                            Fax. 559.447.0747
                            crgdanelaw@sbcglobal.net

                            Attorneys for Plaintiff FreshPoint
                            Denver, Inc. et al.

DATED: May 31, 2019         /s/ Michael James Fletcher
                            Michael James Fletcher

STIPULATION AND ORDER TO EXTEND CLAIMS PROCEDURE DEADLINES SET  PAGE 7
FORTH IN THE AMENDED PRELIMINARY INJUNCTION ORDER, ESTABLISHING
PACA CLAIMS PROCEDURE, AND ALLOWING EXPEDITED DISCOVERY

|   |   |   |
|---|---|---|
| 1 | | Baker Manock & Jensen PC |
| 2 | | 5260 North Palm Ave. |
| | | Suite 421 |
| 3 | | Fresno, CA 93704 |
| 4 | | 559.432.5400 |
| | | 559.432.5620 (fax) |
| 5 | | mfletcher@bakermanock.com |
| 6 | | |
| 7 | | Attorneys for Intervenor Ben E. Keith Company |
| 8 | | |
| 9 | DATED: May 31, 2019 | /s/ George R. Pitts |
| | | George R. Pitts |
| 10 | | Rubin and Rudman LLP |
| 11 | | 800 Connecticut Avenue, NW |
| | | Suite 400 |
| 12 | | Washington, DC 20006 |
| 13 | | Tel. 240.356.1566 |
| | | gpitts@rubinrudman.com |
| 14 | | |
| 15 | | Attorneys for Intervenor Nor-Cal Produce, Inc. |
| 16 | | |
| 17 | DATED: May 31, 2019 | /s/ Jason R. Klinowski |
| | | WALLACE JORDAN RATLIFF |
| 18 | | & BRANDT LLC |
| 19 | | 800 Shades Creek Parkway, Suite 400 |
| | | Birmingham, Alabama 35209 |
| 20 | | 205.847.0371 |
| 21 | | jklinowski@wallacejordan.com |
| | | *Pro Hac Vice* |
| 22 | | |
| 23 | | Attorneys for Intervenor Produce Pay, Inc. |
| 24 | DATED: May 31, 2019 | /s/ Kathryn S. Diemer |
| 25 | | DIEMER & WEI, LLP |
| 26 | | 100 W. San Fernando Street. Suite 555 |
| | | San Jose, California 95113 |

| | |
|---|---|
| 1 | 408.971.6270 |
| 2 | kdiemer@diemerwei.com |
| 3 | Attorneys for Intervenor Produce Pay, Inc. |

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the forgoing was served electronically to all parties in the above-captioned matter at the electronic address as disclosed with the Court, or by sending the same via U.S. Postal Service.

McCARRON & DIESS

DATED: May 31, 2019.       /s/ Kate Ellis
                           Kate Ellis
                           Counsel for Plaintiffs FreshPoint
                           Denver, Inc. and Ruby Robinson
                           Company, LLC

**Notice has been electronically mailed to:**

Alexander James Lewicki     alewicki@diemerwei.com

C. Russell Georgeson     crgdanelaw@sbcglobal.net

George R. Pitts     gpitts@rubinrudman.com, cgrant@rubinrudman.com

Jason Ryan Klinowski , PHV     jklinowski@wallacejordan.com, jvoight@wallacejordan.com

June T. Monroe     june@rjlaw.com, shelly@rjlaw.com

Kate Ellis , PHV     kellis@mccarronlaw.com

Kathryn Diemer     kdiemer@diemerwei.com, dsopko@diemerwei.com, ecfnotice@diemerwei.com

Lawrence H. Meuers     lmeuers@meuerslawfirm.com, lrogers@meuerslawfirm.com, sdefalco@meuerslawfirm.com

Michael James Fletcher     mfletcher@bakermanock.com, vkearney@bakermanock.com

Walter R. Dahl     wdahl@DahlLaw.net, choffman@dahllaw.net

**Notice has been sent by U.S. Mail**

Patrick Bulmer  
California Receivership Services  
P.O. Box 5128  
Oroville, CA 95966

Trinity Fresh Distribution, LLC  
Trinity Fresh Procurement, LLC  
Trinity Fresh Management, LLC  
6835 Pera Drive  
Rancho Murrieta, CA 95683