JUNE MONROE, State Bar No. 284763
R. JASON READ, State Bar No. 117561
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911

Attorneys for Intervening-Plaintiffs
SUNTERRA PRODUCE TRADERS, INC.,
1ST QUALITY PRODUCE, INC.,
PETERSON FARMS FRESH, INC.,
COASTAL PACIFIC SALES, LLC and
FROERER FARMS, INC. d/b/a OWYHEE PRODUCE

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENGATE FRESH, LLLP,<br><br>       Plaintiff,<br><br>vs.<br><br>TRINITY FRESH PROCUREMENT, LLC, et al.<br><br>       Defendants. | **CASE NO: 2:18-cv-03161-JAM-EFB**<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE MOTION FOR RULING ON OBJECTIONS TO CLAIMS AS SET FORTH IN THE AMENDED PRELIMINARY INJUNCTION ORDER, ESTABLISHING PACA CLAIMS PROCEDURE, AND ALLOWING EXPEDITED DISCOVERY** |
| SUNTERRA PRODUCE TRADERS, INC., et al.<br><br>       Intervening Plaintiffs,<br><br>vs.<br><br>TRINITY FRESH DISTRIBUTION, LLC, et al.,<br><br>       Defendants. | |

STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE MOTION FOR RULING ON OBJECTIONS TO CLAIMS AS SET FORTH IN THE AMENDED PRELIMINARY INJUNCTION ORDER, ESTABLISHING PACA CLAIMS PROCEDURE, AND ALLOWING EXPEDITED DISCOVERY

PAGE 1

FRESHPOINT DENVER, INC. and RUBY ROBINSON COMPANY, LLC,

Consolidated Plaintiffs,

vs.

TRINITY FRESH DISTRIBUTION, LLC, et al.

Consolidated Defendants.

PRODUCE PAY, INC.

Intervenor Plaintiff,

vs.

TRINITY FRESH DISTRIBUTION, LLC, TRINITY FRESH MANAGEMENT, LLC, and TRINITY FRESH PROCUREMENT, LLC,

Intervenor Defendants.

AND OTHER INTERVENING ACTIONS

Before this Court is the Stipulation to Extend the Deadline to File Motion for Ruling on Objections to Claims as set forth in the Amended Preliminary Injunction Order, Establishing PACA Claims Procedure, and Allowing Expedited Discovery agreed to by and between Plaintiff GreenGate Fresh, LLLP, Intervening Plaintiffs Sunterra Produce Traders, Inc., 1st Quality Produce, Inc., Peterson Farms Fresh, Inc., Coastal Pacific Sales, LLC; Froerer Farms, Inc. d/b/a Owyhee Produce (the "Sunterra Group"), Nor-Cal Produce, Inc., and Ben E. Keith Company (collectively "Intervening Plaintiffs"), Consolidated Plaintiffs FreshPoint Denver, Inc. and Ruby Robinson Co.,

LLC (the "FreshPoint Group" with GreenGate and Sunterra Group, and Intervening Plaintiffs are together "Plaintiffs"), and Intervenor Produce Pay, Inc. ("Produce Pay") (Plaintiffs and Produce Pay are the "Parties"), by and through their respective undersigned attorneys. In support thereof, the Parties state as follows:

1. Plaintiffs filed their PACA Proofs of Claim alleging they are beneficiaries of the statutory trust arising under Section 499e(c)(2) of the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. § 499e(c)(2).

2. This Court previously set PACA Claims Procedure deadlines in the Amended Preliminary Injunction Order, Establishing PACA Claims Procedure, and Allowing Expedited Discovery ("Claims Order") [Doc. 47].

3. Intervenor Produce Pay filed its Objection to Plaintiffs' claims on May 13, 2019 [Doc. 82]. The Parties agreed that the deadline to respond to Produce Pay's Objection should be extended to June 10, 2019, which was approved by the Court [Doc. 86].

4. As a consequence of the Court appointed Receiver's death, certain plaintiffs filed the Joint Motion for Court Orders (1) Terminating the Receivership; (2) Enforcing the Liability Bond of Receiver; (3) Appointing a Referee to Complete Auction of Vehicles ("Receivership Termination Motion") [Docs. 87-91]. The Receivership Termination Motion, prompted the Parties to stipulate to extend other deadlines in the Claims Order [Doc. 93], which was approved by the Court [Doc. 94].

5. The Parties wish to meet and confer by telephone conference in an attempt to resolve Produce Pay's Objections and need additional time to schedule such a conference and work toward resolution.

6. Having reviewed the procedural posture of this case, and the steps needed to proceed with the PACA Claims Procedure set out in the Claims Order, and in light of the time required to resolve Objections, the Parties agree that an extension of the deadline

to file motion for a ruling on the Objections is necessary for the orderly administration of claims and assets in this matter. The below chart sets forth the current deadline, agreed new deadline, and unchanged deadlines for certain events set out in the Claims Order.

| Deadline Event | Current Deadline as Set by Doc. 94 | New Deadline |
|---|---|---|
| **Deadline to File Motion for Ruling on Objections** | June 24, 2019 | July 10, 2019 |
| **Deadline to File and Serve PACA Trust Chart and Notice of First Interim Distribution** | September 6, 2019 | No change |
| **Deadline to File Objections to PACA Trust Chart and First Interim Distribution** | September 20, 2019 | No change |
| **Deadline to File Motion to Resolve Objections to PACA Trust Chart and to Approve First Interim Distribution** | October 4, 2019 | No change |
| **Anticipated Interim Distribution Deadline** | October 11, 2019 | No change |

IT IS SO ORDERED.

Dated: June 24, 2019

/s/ John A. Mendez_____ _____
JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE

Stipulation And Order To Extend The Deadline To File Motion For Ruling On Objections To Claims As Set Forth In The Amended Preliminary Injunction Order, Establishing Paca Claims Procedure, And Allowing Expedited Discovery

Page 4

1    Respectfully submitted on June 24, 2019.

2

3    **STIPULATED AND AGREED BY:**

4

5                                          RYNN & JANOWSKY, LLP

6    DATED: June 24, 2019                  /s/ June Monroe

7                                          June Monroe
                                           RYNN & JANOWSKY, LLP
8                                          4100 Newport Place Dr., Suite 700
                                           Newport Beach, CA 92660
9                                          Tel. 949.752.2911
10                                         Fax.949.752.0953

11                                         Attorneys for Intervening Plaintiffs
12                                         Sunterra Produce Traders, Inc., et al.

13                                         MEUERS LAW FIRM, P.L.
14
15   DATED: June 24, 2019                  /s/ Lawrence H. Meuers
16                                         Lawrence H. Meuers
                                           Meuers Law Firm, P.L.
17                                         5395 Park Central Court
                                           Naples, FL 34109
18                                         Tel: 239.513.9191
                                           Fax: 239.513.9677
19
20                                         Attorneys for Plaintiff Greengate Fresh,
                                           LLLP
21
22   DATED: June 24, 2019                  /s/ Kate Ellis
                                           Kate Ellis
23                                         McCARRON & DIESS
                                           4530 Wisconsin Avenue N.W., Suite 301
24                                         Washington, DC 20016
25                                         Tel. 202.364.0400
                                           Fax 202.364-2731
26                                         kellis@mccarronlaw.com

27

*Pro Hac Vice*

Attorneys for Consolidated Plaintiffs
FreshPoint Denver, Inc. et al.

DATED: June 24, 2019

/s/ C. Russell Georgeson
C. Russell Georgeson
GEORGESON AND BELARDINELLI
State Bar No. 53589
7060 North Fresno Street, Suite 250
Fresno, California 93720
Tel. 559.447.8800
Fax. 559.447.0747
crgdanelaw@sbcglobal.net

Attorneys for Plaintiff FreshPoint
Denver, Inc. et al.

DATED: June 24, 2019

/s/ Michael James Fletcher
Michael James Fletcher
Baker Manock & Jensen PC
5260 North Palm Ave.
Suite 421
Fresno, CA 93704
559.432.5400
559.432.5620 (fax)
mfletcher@bakermanock.com

Attorneys for Intervenor Ben E. Keith
Company

DATED: June 24, 2019

/s/ George R. Pitts
George R. Pitts
Rubin and Rudman LLP
800 Connecticut Avenue, NW
Suite 400
Washington, DC 20006
Tel. 240.356.1566

STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE MOTION FOR
RULING ON OBJECTIONS TO CLAIMS AS SET FORTH IN THE AMENDED
PRELIMINARY INJUNCTION ORDER, ESTABLISHING PACA CLAIMS PROCEDURE, AND
ALLOWING EXPEDITED DISCOVERY

PAGE 6

gpitts@rubinrudman.com

Attorneys for Intervenor Nor-Cal
Produce, Inc.

DATED: June 24, 2019

/s/ Jason R. Klinowski
WALLACE JORDAN RATLIFF
& BRANDT LLC
800 Shades Creek Parkway, Suite 400
Birmingham, Alabama 35209
205.847.0371
jklinowski@wallacejordan.com
*Pro Hac Vice*

Attorneys for Intervenor Produce Pay,
Inc.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served electronically to all parties on the above-captioned matter at the electronic address as disclosed with the Court, or by sending the same via U.S. Postal Service.

RYNN & JANOWSKY, LLP

DATED: June 24, 2019

/s/ June Monroe
June Monroe, Attorneys for Intervening Plaintiffs
Sunterra Produce Traders, Inc., et al.

**Notice has been electronically mailed to:**

Alexander James Lewicki    alewicki@diemerwei.com

Jason Ryan Klinowski , PHV    jklinowski@wallacejordan.com, jvoight@wallacejordan.com

June T. Monroe    june@rjlaw.com, shelly@rjlaw.com

Kate Ellis , PHV    kellis@mccarronlaw.com

Kathryn Diemer    kdiemer@diemerwei.com, dsopko@diemerwei.com, ecfnotice@diemerwei.com

Lawrence H. Meuers    lmeuers@meuerslawfirm.com, lrogers@meuerslawfirm.com, sdefalco@meuerslawfirm.com

Michael James Fletcher    mfletcher@bakermanock.com, vkearney@bakermanock.com

Walter R. Dahl    wdahl@DahlLaw.net, choffman@dahllaw.net

**Notice has been sent by U.S. Mail**

Trinity Fresh Distribution, LLC
Trinity Fresh Procurement, LLC
Trinity Fresh Management, LLC
6835 Pera Drive
Rancho Murrieta, CA  95683

Administrator for:
Patrick Bulmer
California Receivership Services
P. O. Box 5128
Oroville, CA  95966

Zeb Seidel
Bar None Auction
4751 Power Inn Road, Suite A
Sacramento, CA 95826

STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE MOTION FOR RULING ON OBJECTIONS TO CLAIMS AS SET FORTH IN THE AMENDED PRELIMINARY INJUNCTION ORDER, ESTABLISHING PACA CLAIMS PROCEDURE, AND ALLOWING EXPEDITED DISCOVERY

PAGE 8