JUNE MONROE, State Bar No. 284763
R. JASON READ, State Bar No. 117561
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911

Attorneys for Intervening-Plaintiffs
SUNTERRA PRODUCE TRADERS, INC.,
1ST QUALITY PRODUCE, INC.,
PETERSON FARMS FRESH, INC.,
COASTAL PACIFIC SALES, LLC and
FROERER FARMS, INC. d/b/a OWYHEE PRODUCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENGATE FRESH, LLLP,<br><br>Plaintiff,<br>vs.<br><br>TRINITY FRESH PROCUREMENT, LLC, et al.<br><br>Defendants. | **CASE NO: 2:18-cv-03161-JAM-EFB**<br><br>**SECOND STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE MOTION FOR RULING ON OBJECTIONS TO CLAIMS AS SET FORTH IN THE AMENDED PRELIMINARY INJUNCTION ORDER, ESTABLISHING PACA CLAIMS PROCEDURE, AND ALLOWING EXPEDITED DISCOVERY** |
| SUNTERRA PRODUCE TRADERS, INC., et al.<br><br>Intervening Plaintiffs,<br>vs.<br><br>TRINITY FRESH DISTRIBUTION, LLC, et al.,<br><br>Defendants. | |

SECOND STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE MOTION FOR RULING ON OBJECTIONS TO CLAIMS AS SET FORTH IN THE AMENDED PRELIMINARY INJUNCTION ORDER, ESTABLISHING PACA CLAIMS PROCEDURE, AND ALLOWING EXPEDITED DISCOVERY

PAGE 1

| | |
|---|---|
| FRESHPOINT DENVER, INC. and RUBY ROBINSON COMPANY, LLC, | |
| Consolidated Plaintiffs, | |
| vs. | |
| TRINITY FRESH DISTRIBUTION, LLC, et al. | |
| Consolidated Defendants. | |
| PRODUCE PAY, INC. | |
| Intervenor Plaintiff, | |
| vs. | |
| TRINITY FRESH DISTRIBUTION, LLC, TRINITY FRESH MANAGEMENT, LLC, and TRINITY FRESH PROCUREMENT, LLC, | |
| Intervenor Defendants. | |
| AND OTHER INTERVENING ACTIONS | |

Before this Court is the Second Stipulation to Extend the Deadline to File Motion for Ruling on Objections to Claims as set forth in the Amended Preliminary Injunction Order, Establishing PACA Claims Procedure, and Allowing Expedited Discovery agreed to by and between Plaintiff GreenGate Fresh, LLLP, Intervening Plaintiffs Sunterra Produce Traders, Inc., 1st Quality Produce, Inc., Peterson Farms Fresh, Inc., Coastal Pacific Sales, LLC; Froerer Farms, Inc. d/b/a Owyhee Produce (the "Sunterra Group"), Nor-Cal Produce, Inc., and Ben E. Keith Company (collectively "Intervening

SECOND STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE MOTION FOR RULING ON OBJECTIONS TO CLAIMS AS SET FORTH IN THE AMENDED PRELIMINARY INJUNCTION ORDER, ESTABLISHING PACA CLAIMS PROCEDURE, AND ALLOWING EXPEDITED DISCOVERY

PAGE 2

Plaintiffs"), Consolidated Plaintiffs FreshPoint Denver, Inc. and Ruby Robinson Co., LLC (the "FreshPoint Group" with GreenGate and Sunterra Group, and Intervening Plaintiffs are together "Plaintiffs"), and Intervenor Produce Pay, Inc. ("Produce Pay") (Plaintiffs and Produce Pay are the "Parties"), by and through their respective undersigned attorneys. In support thereof, the Parties state as follows:

1. Plaintiffs filed their PACA Proofs of Claim alleging they are beneficiaries of the statutory trust arising under Section 499e(c)(2) of the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. § 499e(c)(2).

2. This Court previously set PACA Claims Procedure deadlines in the Amended Preliminary Injunction Order, Establishing PACA Claims Procedure, and Allowing Expedited Discovery ("Claims Order") [Doc. 47].

3. Intervenor Produce Pay filed its Objection to Plaintiffs' claims on May 13, 2019 [Doc. 82]. The Parties agreed that the deadline to respond to Produce Pay's Objection should be extended to June 10, 2019, which was approved by the Court [Doc. 86].

4. As a consequence of the Court appointed Receiver's death, certain plaintiffs filed the Joint Motion for Court Orders (1) Terminating the Receivership; (2) Enforcing the Liability Bond of Receiver; (3) Appointing a Referee to Complete Auction of Vehicles ("Receivership Termination Motion") [Docs. 87-91]. The Receivership Termination Motion, prompted the Parties to stipulate to extend other deadlines in the Claims Order [Doc. 93], which was approved by the Court [Doc. 94].

5. By Stipulation [Doc. 102], the Parties sought an extension of time in which to file a motion for a ruling on Produce Pay's Objections to Plaintiffs' claims. The Court granted the Stipulation by extending the deadline through July 10, 2019 [Doc. 103].

6. The Parties have twice met and conferred by telephone conference in an attempt to resolve Produce Pay's Objections. The Parties have also engaged in informal

SECOND STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE MOTION FOR RULING ON OBJECTIONS TO CLAIMS AS SET FORTH IN THE AMENDED PRELIMINARY INJUNCTION ORDER, ESTABLISHING PACA CLAIMS PROCEDURE, AND ALLOWING EXPEDITED DISCOVERY

PAGE 3

discovery to facilitate settlement. As such, the Parties need additional time to complete the informal discovery and to work toward resolution.

7. The Parties will provide the Court with a joint report on the status of resolution of the Objections by July 31, 2019.

8. Having reviewed the procedural posture of this case, and the steps needed to proceed with the PACA Claims Procedure set out in the Claims Order, and in light of the time required to resolve Objections, the Parties agree that an extension of the deadline to file motion for a ruling on the Objections is necessary for the orderly administration of claims and assets in this matter. The below chart sets forth the current deadline, agreed new deadline, and unchanged deadlines for certain events set out in the Claims Order.

| **Deadline Event** | | **New Deadline** |
|---|---|---|
| **Deadline to submit joint status report on Objections to Claims** | | **July 31, 2019** |
| **Deadline Event** | **Current Deadline as Set by Doc. 103** | **New Deadline** |
| Deadline to File Motion for Ruling on Objections | July 10, 2019 | August 14, 2019 |
| **Deadline Event** | **Current Deadline as Set by Doc. 94** | **New Deadline** |
| Deadline to File and Serve PACA Trust Chart and Notice of First Interim Distribution | September 6, 2019 | No change |
| Deadline to File Objections to PACA Trust Chart and First Interim Distribution | September 20, 2019 | No change |
| Deadline to File Motion to Resolve Objections to PACA Trust Chart and to Approve First Interim Distribution | October 4, 2019 | No change |

SECOND STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE MOTION FOR RULING ON OBJECTIONS TO CLAIMS AS SET FORTH IN THE AMENDED PRELIMINARY INJUNCTION ORDER, ESTABLISHING PACA CLAIMS PROCEDURE, AND ALLOWING EXPEDITED DISCOVERY

PAGE 4

| **Anticipated Interim Distribution Deadline** | October 11, 2019 | No change |

IT IS SO ORDERED.

Dated: July 9, 2019

/s/ John A. Mendez_____
JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE

Respectfully submitted on July 9, 2019.

**STIPULATED AND AGREED BY:**

                                RYNN & JANOWSKY, LLP

DATED: July 9, 2019  /s/ June Monroe
June Monroe
RYNN & JANOWSKY, LLP
4100 Newport Place Dr., Suite 700
Newport Beach, CA 92660
Tel. 949.752.2911
Fax.949.752.0953

Attorneys for Intervening Plaintiffs
Sunterra Produce Traders, Inc., et al.

MEUERS LAW FIRM, P.L.

DATED: July 9, 2019  /s/ Lawrence H. Meuers
Lawrence H. Meuers
Meuers Law Firm, P.L.
5395 Park Central Court

SECOND STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE MOTION FOR RULING ON OBJECTIONS TO CLAIMS AS SET FORTH IN THE AMENDED PRELIMINARY INJUNCTION ORDER, ESTABLISHING PACA CLAIMS PROCEDURE, AND ALLOWING EXPEDITED DISCOVERY    PAGE 5

Naples, FL 34109
Tel: 239.513.9191
Fax: 239.513.9677

Attorneys for Plaintiff Greengate Fresh, LLLP

DATED: July 9, 2019 /s/ Kate Ellis
Kate Ellis
McCARRON & DIESS
4530 Wisconsin Avenue N.W., Suite 301
Washington, DC 20016
Tel. 202.364.0400
Fax 202.364-2731
kellis@mccarronlaw.com
*Pro Hac Vice*

Attorneys for Consolidated Plaintiffs FreshPoint Denver, Inc. et al.

DATED: July 9, 2019 /s/ C. Russell Georgeson
C. Russell Georgeson
GEORGESON AND BELARDINELLI
State Bar No. 53589
7060 North Fresno Street, Suite 250
Fresno, California 93720
Tel. 559.447.8800
Fax. 559.447.0747
crgdanelaw@sbcglobal.net

Attorneys for Plaintiff FreshPoint Denver, Inc. et al.

DATED: July 9, 2019 /s/ Michael James Fletcher
Michael James Fletcher
Baker Manock & Jensen PC
5260 North Palm Ave.
Suite 421
Fresno, CA 93704
559.432.5400

SECOND STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE MOTION FOR RULING ON OBJECTIONS TO CLAIMS AS SET FORTH IN THE AMENDED PRELIMINARY INJUNCTION ORDER, ESTABLISHING PACA CLAIMS PROCEDURE, AND ALLOWING EXPEDITED DISCOVERY
PAGE 6

|   |   |
|---|---|
| | 559.432.5620 (fax) <br> mfletcher@bakermanock.com |
| | |
| | Attorneys for Intervenor Ben E. Keith Company |
| DATED: July 9, 2019 | /s/ George R. Pitts <br> George R. Pitts <br> Rubin and Rudman LLP <br> 800 Connecticut Avenue, NW <br> Suite 400 <br> Washington, DC 20006 <br> Tel. 240.356.1566 <br> gpitts@rubinrudman.com |
| | |
| | Attorneys for Intervenor Nor-Cal Produce, Inc. |
| DATED: July 9, 2019 | /s/ Jason R. Klinowski <br> WALLACE JORDAN RATLIFF & BRANDT LLC <br> 800 Shades Creek Parkway, Suite 400 <br> Birmingham, Alabama 35209 <br> 205.847.0371 <br> jklinowski@wallacejordan.com <br> *Pro Hac Vice* |
| | |
| | Attorneys for Intervenor Produce Pay, Inc. |

SECOND STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE MOTION FOR RULING ON OBJECTIONS TO CLAIMS AS SET FORTH IN THE AMENDED PRELIMINARY INJUNCTION ORDER, ESTABLISHING PACA CLAIMS PROCEDURE, AND ALLOWING EXPEDITED DISCOVERY

PAGE 7