JUNE MONROE, State Bar No. 284763
R. JASON READ, State Bar No. 117561
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911

Attorneys for Intervening-Plaintiffs
SUNTERRA PRODUCE TRADERS, INC.,
1ST QUALITY PRODUCE, INC.,
PETERSON FARMS FRESH, INC.,
COASTAL PACIFIC SALES, LLC and
FROERER FARMS, INC. d/b/a OWYHEE PRODUCE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREENGATE FRESH, LLLP,<br><br>      Plaintiff,<br>vs.<br><br>TRINITY FRESH PROCUREMENT, LLC, et al.<br><br>      Defendants. | **CASE NO: 2:18-cv-03161-JAM-EFB**<br><br>**THIRD STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE MOTION FOR RULING ON OBJECTIONS TO CLAIMS AS SET FORTH IN THE AMENDED PRELIMINARY INJUNCTION ORDER, ESTABLISHING PACA CLAIMS PROCEDURE, AND ALLOWING EXPEDITED DISCOVERY** |
| SUNTERRA PRODUCE TRADERS, INC., et al.<br><br>      Intervening Plaintiffs,<br>vs.<br><br>TRINITY FRESH DISTRIBUTION, LLC, et al.,<br><br>      Defendants. | |

THIRD STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE MOTION
FOR RULING ON OBJECTIONS TO CLAIMS AS SET FORTH IN THE AMENDED
PRELIMINARY INJUNCTION ORDER, ESTABLISHING PACA CLAIMS PROCEDURE,
AND ALLOWING EXPEDITED DISCOVERY

PAGE 1

| | |
|---|---|
| FRESHPOINT DENVER, INC. and RUBY ROBINSON COMPANY, LLC, | |
| Consolidated Plaintiffs, | |
| vs. | |
| TRINITY FRESH DISTRIBUTION, LLC, et al. | |
| Consolidated Defendants. | |
| PRODUCE PAY, INC. | |
| Intervenor Plaintiff, | |
| vs. | |
| TRINITY FRESH DISTRIBUTION, LLC, TRINITY FRESH MANAGEMENT, LLC, and TRINITY FRESH PROCUREMENT, LLC, | |
| Intervenor Defendants. | |
| AND OTHER INTERVENING ACTIONS | |

Before this Court is the Third Stipulation to Extend the Deadline to File Motion for Ruling on Objections to Claims as set forth in the Amended Preliminary Injunction Order, Establishing PACA Claims Procedure, and Allowing Expedited Discovery agreed to by and between Plaintiff GreenGate Fresh, LLLP, Intervening Plaintiffs Sunterra Produce Traders, Inc., 1st Quality Produce, Inc., Peterson Farms Fresh, Inc., Coastal Pacific Sales, LLC; Froerer Farms, Inc. d/b/a Owyhee Produce (the "Sunterra Group"), Nor-Cal Produce, Inc., Ben E. Keith Company, and Fresh Innovations California, LLC

THIRD STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE MOTION FOR RULING ON OBJECTIONS TO CLAIMS AS SET FORTH IN THE AMENDED PRELIMINARY INJUNCTION ORDER, ESTABLISHING PACA CLAIMS PROCEDURE, AND ALLOWING EXPEDITED DISCOVERY

PAGE 2

(collectively "Intervening Plaintiffs"), Consolidated Plaintiffs FreshPoint Denver, Inc. and Ruby Robinson Co., LLC (the "FreshPoint Group" with GreenGate and Sunterra Group, and Intervening Plaintiffs are together "Plaintiffs"), and Intervenor Produce Pay, Inc. ("Produce Pay") (Plaintiffs and Produce Pay are the "Parties"), by and through their respective undersigned attorneys. In support thereof, the Parties state as follows:

1. Plaintiffs filed and served Proof of Claims asserting statutory trust beneficiary status arising under the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. § 499e(c)(2), against Trinity Fresh Procurement, LLC, Trinity Fresh Distribution, LLC, and Trinity Fresh Management, LLC (collectively "Trinity Fresh"), as required by paragraphs 30, 32 and 33 the Amended Preliminary Injunction Order, Establishing PACA Claims Procedure, and Allowing Expedited Discovery ("Claims Order") [Doc. No. 47], as amended by further Orders [Doc. Nos. 48, 93, 94, 103, and 104]. [*See*, GreenGate Fresh, LLLP, Doc. No. 70; Sunterra Group, Doc. Nos. 61-65; Nor-Cal Produce, Inc., Doc. No. 77; Ben E. Keith Company Doc. Nos. 72, 74; FreshPoint Group, Doc. Nos. 66-67]

2. Paul Abess was the sole shareholder of the Trinity Fresh entities. On April 15, 2019, he filed for bankruptcy protection under the United States Bankruptcy Code, 11 U.S.C. § 101 *et seq.* [Doc. No. 60] The case is now pending in the United State Bankruptcy Court for the Eastern District of California, Sacramento Division, Case No. 19-22324-C-7. Pursuant to 11 U.S.C. § 362(a), all prosecution or continuation of the instant action, consolidated action and intervening actions are stayed as to Mr. Abess. [Doc. No. 60]

3. Intervenor Produce Pay filed its Objection to Plaintiffs' claims and to any late filed claims on May 13, 2019 [Doc. No. 82].

4. The Parties agreed that the deadline to respond to Produce Pay's Objection should be extended to June 10, 2019, which was approved by the Court [Doc. No. 86].

THIRD STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE MOTION FOR RULING ON OBJECTIONS TO CLAIMS AS SET FORTH IN THE AMENDED PRELIMINARY INJUNCTION ORDER, ESTABLISHING PACA CLAIMS PROCEDURE, AND ALLOWING EXPEDITED DISCOVERY

PAGE 3

5. Plaintiffs filed their respective Responses to the Objections. [GreenGate Fresh, LLLP, Doc. No. 101; Sunterra Group, Doc. No. 100; Nor-Cal Produce, Inc., Doc. No. 84; Ben E. Keith Company Doc. No. 99; FreshPoint Group, Doc. No. 98]

6. As a consequence of the Court appointed Receiver's death, certain plaintiffs filed the Joint Motion for Court Orders (1) Terminating the Receivership; (2) Enforcing the Liability Bond of Receiver; (3) Appointing a Referee to Complete Auction of Vehicles ("Receivership Termination Motion") [Doc Nos. 87-91]. The Receivership Termination Motion, prompted the Parties to stipulate to extend other deadlines in the Claims Order [Doc. 93], which was approved by the Court [Doc. No. 94].

7. By Stipulation [Doc No. 102], the Parties sought an extension of time in which to file a motion for a ruling on Produce Pay's Objections to Plaintiffs' claims. The Court granted the Stipulation by extending the deadline through July 10, 2019 [Doc. No.103].

8. On or about July 10, 2019, Fresh Innovations California, LLC filed a late Complaint in Intervention and Proof of Claim [Doc. No. 107], alleging good cause for the belated intervention. Fresh Innovations California, LLC also intends to file a response to the Produce Pay objections.

9. Paragraph 39 of the Claims Order required that potential PACA Trust Beneficiaries and the objecting party exercise best efforts to resolve any objections.

10. Under paragraph 7 of the Second Stipulation and Order to Extend the Deadline to file Motion for Ruling on Objections to Claims as set forth in the Amended Preliminary Injunction Order, Establishing PACA Claims Procedure, and Allowing Expedited Discovery [Doc. No. 104], the parties agreed to provide the Court with a status report on their efforts. The joint status report was filed on July 31, 2019 [Doc. No. 114].

11. The Parties continue to meet and confer in an attempt to resolve Produce Pay's Objections. The Parties continue informal discovery to facilitate settlement. As

THIRD STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE MOTION FOR RULING ON OBJECTIONS TO CLAIMS AS SET FORTH IN THE AMENDED PRELIMINARY INJUNCTION ORDER, ESTABLISHING PACA CLAIMS PROCEDURE, AND ALLOWING EXPEDITED DISCOVERY

PAGE 4

such, the Parties need additional time to complete the informal discovery and to work toward resolution of Produce Pay's Objections [Doc. No. 82] and Produce Pay's intervening complaint [Doc. No. 76].

12. Thereafter, Plaintiffs anticipate submitting a stipulation and proposed order to validate PACA claims, approve a PACA Trust Chart with pro-rata distribution percentages and interim distribution amounts. Plaintiffs further anticipate subsequent distributions because: (1) resolution of the Produce Pay Objections to PACA Claims will allow for final collection of Trinity Fresh accounts receivables; (2) Ascentium Capital, LLC has filed Declarations of Opposition to the vehicle lien sales of two vehicles held by the court appointed referee court appointed referee, Zeb Seidel, of Auction Exchange, Inc. dba Bar None Auction ("Auctioneer") that will delay distribution of the potential vehicle sales proceeds; and (3) Liberty Mutual Insurance Company has filed a motion [Doc. No. 115] to vacate the Order [Doc. No. 105] to enforce the surety bond posted by the former and now deceased court appointed receiver, Patrick Bulmer.

13. Having reviewed the procedural posture of this case, and the steps needed to proceed with the PACA Claims Procedure set out in the Claims Order, and in light of the time required to resolve Objections, the Parties agree that an extension of the deadline to file motion for a ruling on the Objections is necessary for the orderly administration of claims and assets in this matter. The below chart sets forth the current deadline, agreed new deadline, and unchanged deadlines for certain events set out in the Claims Order.

| **Deadline Event** | **Current Deadline as Set by Doc. No. 104** | **New Deadline** |
|---|---|---|
| **Deadline to File Motion for Ruling on Objections** | August 14, 2019 | September 4, 2019 |
| **Deadline Event** | **Current Deadline as Set by Doc. No. 94** | **New Deadline** |

THIRD STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE MOTION FOR RULING ON OBJECTIONS TO CLAIMS AS SET FORTH IN THE AMENDED PRELIMINARY INJUNCTION ORDER, ESTABLISHING PACA CLAIMS PROCEDURE, AND ALLOWING EXPEDITED DISCOVERY

PAGE 5

| | | |
|---|---|---|
| **Deadline to File and Serve PACA Trust Chart and Notice of First Interim Distribution** | September 6, 2019 | September 20, 2019 |
| **Deadline to File Objections to PACA Trust Chart and First Interim Distribution** | September 20, 2019 | October 3, 2019 |
| **Deadline to File Motion to Resolve Objections to PACA Trust Chart and to Approve First Interim Distribution** | October 4, 2019 | October 18, 2019 |
| **Anticipated Interim Distribution Deadline** | October 11, 2019 | October 25, 2019 |

IT IS SO ORDERED.

Dated: August 14, 2019

/s/ John A. Mendez_____
JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE

Respectfully submitted on August 14, 2019.

**STIPULATED AND AGREED BY:**

RYNN & JANOWSKY, LLP

DATED: August 14, 2019
/s/ June Monroe
June Monroe
RYNN & JANOWSKY, LLP
4100 Newport Place Dr., Suite 700
Newport Beach, CA 92660
Tel. 949.752.2911
Fax.949.752.0953

THIRD STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE MOTION FOR RULING ON OBJECTIONS TO CLAIMS AS SET FORTH IN THE AMENDED PRELIMINARY INJUNCTION ORDER, ESTABLISHING PACA CLAIMS PROCEDURE, AND ALLOWING EXPEDITED DISCOVERY

PAGE 6

Attorneys for Intervening Plaintiffs
Sunterra Produce Traders, Inc., et al.


MEUERS LAW FIRM, P.L.

DATED: August 14, 2019    /s/ Lawrence H. Meuers
                          Lawrence H. Meuers
                          Meuers Law Firm, P.L.
                          5395 Park Central Court
                          Naples, FL 34109
                          Tel: 239.513.9191
                          Fax: 239.513.9677


Attorneys for Plaintiff Greengate Fresh, LLLP

DATED: August 14, 2019    /s/ Kate Ellis
                          Kate Ellis
                          McCARRON & DIESS
                          4530 Wisconsin Avenue N.W., Suite 301
                          Washington, DC 20016
                          Tel. 202.364.0400
                          Fax 202.364-2731
                          kellis@mccarronlaw.com
                          *Pro Hac Vice*


Attorneys for Consolidated Plaintiffs
FreshPoint Denver, Inc. et al.

DATED: August 14, 2019    /s/ C. Russell Georgeson
                          C. Russell Georgeson
                          GEORGESON AND BELARDINELLI
                          State Bar No. 53589
                          7060 North Fresno Street, Suite 250
                          Fresno, California 93720
                          Tel. 559.447.8800
                          Fax. 559.447.0747
                          crgdanelaw@sbcglobal.net


Attorneys for Plaintiff FreshPoint

THIRD STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE MOTION    PAGE 7
FOR RULING ON OBJECTIONS TO CLAIMS AS SET FORTH IN THE AMENDED
PRELIMINARY INJUNCTION ORDER, ESTABLISHING PACA CLAIMS PROCEDURE,
AND ALLOWING EXPEDITED DISCOVERY

Denver, Inc. et al.

DATED: August 14, 2019　　　　　　　　/s/ Michael James Fletcher
　　　　　　　　　　　　　　　　　　　Michael James Fletcher
　　　　　　　　　　　　　　　　　　　Baker Manock & Jensen PC
　　　　　　　　　　　　　　　　　　　5260 North Palm Ave.
　　　　　　　　　　　　　　　　　　　Suite 421
　　　　　　　　　　　　　　　　　　　Fresno, CA 93704
　　　　　　　　　　　　　　　　　　　559.432.5400
　　　　　　　　　　　　　　　　　　　559.432.5620 (fax)
　　　　　　　　　　　　　　　　　　　mfletcher@bakermanock.com

　　　　　　　　　　　　　　　　　　　Attorneys for Intervenor Ben E. Keith
　　　　　　　　　　　　　　　　　　　Company

DATED: August 14, 2019　　　　　　　　/s/ George R. Pitts
　　　　　　　　　　　　　　　　　　　George R. Pitts
　　　　　　　　　　　　　　　　　　　Rubin and Rudman LLP
　　　　　　　　　　　　　　　　　　　800 Connecticut Avenue, NW
　　　　　　　　　　　　　　　　　　　Suite 400
　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　Tel. 240.356.1566
　　　　　　　　　　　　　　　　　　　gpitts@rubinrudman.com

　　　　　　　　　　　　　　　　　　　Attorneys for Intervenor Nor-Cal
　　　　　　　　　　　　　　　　　　　Produce, Inc.

DATED: August 14, 2019　　　　　　　　/s/ Jason R. Klinowski
　　　　　　　　　　　　　　　　　　　WALLACE JORDAN RATLIFF
　　　　　　　　　　　　　　　　　　　& BRANDT LLC
　　　　　　　　　　　　　　　　　　　800 Shades Creek Parkway, Suite 400
　　　　　　　　　　　　　　　　　　　Birmingham, Alabama 35209
　　　　　　　　　　　　　　　　　　　205.847.0371
　　　　　　　　　　　　　　　　　　　jklinowski@wallacejordan.com
　　　　　　　　　　　　　　　　　　　*Pro Hac Vice*

　　　　　　　　　　　　　　　　　　　Attorneys for Intervenor Produce Pay,
　　　　　　　　　　　　　　　　　　　Inc.

| | |
|---|---|
| DATED: August 14, 2019 | /s/ Ricardo Z. Aranda |
| | NEUMILLER & BEARDSLEE |
| | 3121 W. March Lane, Suite 100 |
| | Stockton, CA 95219 |
| | Tel. 209-948-8200 |
| | raranda@neumiller.com |
| | |
| | Attorneys for Intervenor Fresh Innovations California, LLC |

THIRD STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE MOTION FOR RULING ON OBJECTIONS TO CLAIMS AS SET FORTH IN THE AMENDED PRELIMINARY INJUNCTION ORDER, ESTABLISHING PACA CLAIMS PROCEDURE, AND ALLOWING EXPEDITED DISCOVERY

PAGE 9

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served electronically to all parties on the above-captioned matter at the electronic address as disclosed with the Court, or by sending the same via U.S. Postal Service.

RYNN & JANOWSKY, LLP

DATED: August 14, 2019        /s/ June Monroe
June Monroe, Attorneys for Intervening Plaintiffs Sunterra Produce Traders, Inc., et al.

**Notice has been electronically mailed to:**

Alexander James Lewicki    alewicki@diemerwei.com

C. Russell Georgeson    crgdanelaw@sbcglobal.net

George R. Pitts    gpitts@rubinrudman.com, cgrant@rubinrudman.com

Jason Ryan Klinowski, PHV    jklinowski@wallacejordan.com, jvoight@wallacejordan.com

June T. Monroe    june@rjlaw.com, shelly@rjlaw.com

Kate Ellis, PHV    kellis@mccarronlaw.com

Kathryn Diemer    kdiemer@diemerwei.com, dsopko@diemerwei.com, ecfnotice@diemerwei.com

Lawrence H. Meuers    lmeuers@meuerslawfirm.com, lrogers@meuerslawfirm.com, sdefalco@meuerslawfirm.com

Michael James Fletcher    mfletcher@bakermanock.com, vkearney@bakermanock.com

Ricardo Z Aranda    raranda@neumiller.com

THIRD STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE MOTION FOR RULING ON OBJECTIONS TO CLAIMS AS SET FORTH IN THE AMENDED PRELIMINARY INJUNCTION ORDER, ESTABLISHING PACA CLAIMS PROCEDURE, AND ALLOWING EXPEDITED DISCOVERY

PAGE 10

Shashauna M.D. Szczechowicz    sszczechowicz@wolkincurran.com, asdelgado@wolkincurran.com, vsimmons@wolkincurran.com

Walter R. Dahl    wdahl@DahlLaw.net, choffman@dahllaw.net

**Notice has been sent by U.S. Mail**

Trinity Fresh Distribution, LLC           Administrator for:
Trinity Fresh Procurement, LLC            Patrick Bulmer
Trinity Fresh Management, LLC             California Receivership Services
6835 Pera Drive                           P. O. Box 5128
Rancho Murrieta, CA  95683                Oroville, CA  95966

Zeb Seidel
Bar None Auction
4751 Power Inn Road, Suite A
Sacramento, CA 95826

THIRD STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE MOTION FOR RULING ON OBJECTIONS TO CLAIMS AS SET FORTH IN THE AMENDED PRELIMINARY INJUNCTION ORDER, ESTABLISHING PACA CLAIMS PROCEDURE, AND ALLOWING EXPEDITED DISCOVERY

PAGE 11