# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| GREENGATE FRESH, LLLP, an Arizona limited liability limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>TRINITY FRESH PROCUREMENT, LLC, a California limited liability company; PAUL ABESS, individually; and TRINITY FRESH MANAGEMENT, LLC, a California limited liability company,,<br><br>Defendants. | Case No. 2:18-cv-03161-JAM-EFB<br><br>**ORDER ON STIPULATION TO VACATE AND AMEND THE ORDER RE ENFORCEMENT OF BOND OF RECEIVER** |
| AND RELATED CONSOLIDATED ACTIONS | |

The Court having reviewed the *Stipulation to Vacate and Amend the Order Re Enforcement of Bond of Receiver* (Document 128), by and between Plaintiff GREENGATE FRESH, LLLP (GreenGate"); Intervening Plaintiffs SUNTERRA PRODUCE TRADERS, INC., 1st QUALITY PRODUCE, INC., PETERSON FARMS FRESH INC., COASTAL PACIFIC SALES, LLC., and FROERER FARMS, INC. d/b/a Owyhee Produce (collectively, "Intervening Plaintiffs"); Consolidated Plaintiffs FRESHPOINT DENVER,

1.

ORDER ON STIPULATION TO VACATE AND AMEND ORDER   CASE NO. 2:18-CV-03161-JAM-EFB
RE ENFORCEMENT OF BOND OF RECEIVER

INC. and RUBY ROBINSON CO., LLC (the "Freshpoint Group); and LIBERTY MUTUAL INSURANCE COMPANY ("Liberty") (collectively, the "Parties"), and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Stipulation is approved.

**IT IS FURTHER HEREBY ORDERED** that the portion of the *Order Granting Joint Motion for Court Orders (1) Terminating the Receivership; (2) Enforcing the Liability of Bond of Receiver; (3) Appointing a Referee to Complete Auction of Vehicles* (the "Order"), entered on July 9, 2019 (Document 105), as to enforcement of liability of the surety bond for Receiver, Patrick Bulmer, is vacated and amended as follows:

1. GreenGate, Intervening Plaintiffs and Freshpoint Group were damaged in the amount of $8,000 as the result of Receiver Patrick Bulmer's failure to perform his duties.

2. Liberty shall pay the sum of $8,000 under Bond No. 016219245 (the "Bond") to "Rynn & Janowsky, LLP Trust Account" as Administrative Counsel for the Trinity Fresh PACA Trust.

3. Upon Liberty's payment of $8,000, the Bond will be exonerated and Liberty will be released of any further liability in this matter.

4. Upon receipt of payment by Liberty of $8,000, Administrative Counsel shall be authorized to distribute the funds to Plaintiffs pro-rata as follows:

| | |
|---|---|
| Sunterra Produce Traders, Inc. | $4,526.08 |
| 1st Quality Produce, Inc. | $376.66 |
| Coastal Pacific Sales, LLC | $189.28 |
| Peterson Farms Fresh, Inc. | $185.24 |
| Froerer Farms, Inc. dba Owyhee Produce | $41.85 |
| Greengate Fresh, LLLP | $1,260.48 |
| FreshPoint Denver, Inc. & Ruby Robinson Company, LLC, made payable to "McCarron & Diess Client Trust Account" | $1,420.41 |

5. All other portions of the Order are unchanged and remain in full force and effect.

**IT IS SO ORDERED.**

DATED: September 27, 2019        /s/ John A. Mendez
                                 HON. JOHN A. MENDEZ
                                 JUDGE OF THE U.S. DISTRICT COURT

ORDER ON STIPULATION TO VACATE AND AMEND ORDER        CASE NO. 2:18-CV-03161-JAM-EFB
RE ENFORCEMENT OF BOND OF RECEIVER