JUNE MONROE, State Bar No. 284763
R. JASON READ, State Bar No. 117561
RYNN & JANOWSKY, LLP
2603 Main Street, Suite 1250
Irvine, CA 92614
Telephone: (949) 752-2911

Attorneys for Intervening-Plaintiffs
SUNTERRA PRODUCE TRADERS, INC.,
1ST QUALITY PRODUCE, INC.,
PETERSON FARMS FRESH, INC.,
COASTAL PACIFIC SALES, LLC and
FROERER FARMS, INC. d/b/a OWYHEE PRODUCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENGATE FRESH, LLLP,<br><br>Plaintiff,<br>vs.<br><br>TRINITY FRESH PROCUREMENT, LLC, et al.<br><br>Defendants. | **CASE NO: 2:18-cv-03161-JAM-EFB**<br><br>**SEVENTH STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE MOTION FOR RULING ON OBJECTIONS TO CLAIMS AS SET FORTH IN THE AMENDED PRELIMINARY INJUNCTION ORDER, ESTABLISHING PACA CLAIMS PROCEDURE, AND ALLOWING EXPEDITED DISCOVERY** |
| SUNTERRA PRODUCE TRADERS, INC., et al.<br><br>Intervening Plaintiffs,<br>vs.<br><br>TRINITY FRESH DISTRIBUTION, LLC, et al.,<br><br>Defendants. | |

SEVENTH STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE MOTION
FOR RULING ON OBJECTIONS TO CLAIMS AS SET FORTH IN THE AMENDED
PRELIMINARY INJUNCTION ORDER, ESTABLISHING PACA CLAIMS PROCEDURE,
AND ALLOWING EXPEDITED DISCOVERY

PAGE 1

| | |
|---|---|
| FRESHPOINT DENVER, INC. and RUBY ROBINSON COMPANY, LLC, | |
| Consolidated Plaintiffs, | |
| vs. | |
| TRINITY FRESH DISTRIBUTION, LLC, et al. | |
| Consolidated Defendants. | |
| PRODUCE PAY, INC. | |
| Intervenor Plaintiff, | |
| vs. | |
| TRINITY FRESH DISTRIBUTION, LLC, TRINITY FRESH MANAGEMENT, LLC, and TRINITY FRESH PROCUREMENT, LLC, | |
| Intervenor Defendants. | |
| AND OTHER INTERVENING ACTIONS | |

Before this Court is the Seventh Stipulation to Extend the Deadline to File Motion for Ruling on Objections to Claims as set forth in the Amended Preliminary Injunction Order, Establishing PACA Claims Procedure, and Allowing Expedited Discovery agreed to by and between Plaintiff GreenGate Fresh, LLLP, Intervening Plaintiffs Sunterra Produce Traders, Inc., 1st Quality Produce, Inc., Peterson Farms Fresh, Inc., Coastal Pacific Sales, LLC; Froerer Farms, Inc. d/b/a Owyhee Produce (the "Sunterra Group"), Nor-Cal Produce, Inc., Ben E. Keith Company, and Fresh Innovations California, LLC

SEVENTH STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE MOTION FOR RULING ON OBJECTIONS TO CLAIMS AS SET FORTH IN THE AMENDED PRELIMINARY INJUNCTION ORDER, ESTABLISHING PACA CLAIMS PROCEDURE, AND ALLOWING EXPEDITED DISCOVERY

PAGE 2

(collectively "Intervening Plaintiffs"), Consolidated Plaintiffs FreshPoint Denver, Inc. and Ruby Robinson Co., LLC (the "FreshPoint Group" with GreenGate and Sunterra Group, and Intervening Plaintiffs are together "Plaintiffs"), and Intervenor Produce Pay, Inc. ("Produce Pay") (Plaintiffs and Produce Pay are the "Parties"), by and through their respective undersigned attorneys. In support thereof, the Parties state as follows:

1. Plaintiffs filed and served Proof of Claims asserting statutory trust beneficiary status arising under the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. § 499e(c)(2), against Trinity Fresh Procurement, LLC, Trinity Fresh Distribution, LLC, and Trinity Fresh Management, LLC (collectively "Trinity Fresh"), as required by paragraphs 30, 32 and 33 the Amended Preliminary Injunction Order, Establishing PACA Claims Procedure, and Allowing Expedited Discovery ("Claims Order") [Doc. No. 47], as amended by further Stipulations and Orders [Doc. Nos. 48, 93/94, 103/104, 116/118, 123/124, 125/126, and 131/132]. [*See*, GreenGate Fresh, LLLP, Doc. No. 70; Sunterra Group, Doc. Nos. 61-65; Nor-Cal Produce, Inc., Doc. No. 77; Ben E. Keith Company Doc. Nos. 72, 74; FreshPoint Group, Doc. Nos. 66-67]

2. Paul Abess was the sole shareholder of the Trinity Fresh entities. On April 15, 2019, he filed for bankruptcy protection under the United States Bankruptcy Code, 11 U.S.C. § 101 *et seq.* [Doc. No. 60] The case is now pending in the United State Bankruptcy Court for the Eastern District of California, Sacramento Division, Case No. 19-22324-C-7. Pursuant to 11 U.S.C. § 362(a), all prosecution or continuation of the instant action, consolidated action and intervening actions are stayed as to Mr. Abess. [Doc. No. 60]

3. Intervenor Produce Pay filed its Objection to Plaintiffs' claims and to any late filed claims on May 13, 2019 [Doc. No. 82].

4. The Parties agreed that the deadline to respond to Produce Pay's Objection should be extended to June 10, 2019, which was approved by the Court [Doc. No. 86].

SEVENTH STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE MOTION FOR RULING ON OBJECTIONS TO CLAIMS AS SET FORTH IN THE AMENDED PRELIMINARY INJUNCTION ORDER, ESTABLISHING PACA CLAIMS PROCEDURE, AND ALLOWING EXPEDITED DISCOVERY

PAGE 3

5. Plaintiffs filed their respective Responses to the Objections. [GreenGate Fresh, LLLP, Doc. No. 101; Sunterra Group, Doc. No. 100; Nor-Cal Produce, Inc., Doc. No. 84; Ben E. Keith Company Doc. No. 99; FreshPoint Group, Doc. No. 98]

6. As a consequence of the Court appointed Receiver's death, certain plaintiffs filed the Joint Motion for Court Orders (1) Terminating the Receivership; (2) Enforcing the Liability Bond of Receiver; (3) Appointing a Referee to Complete Auction of Vehicles ("Receivership Termination Motion") [Doc Nos. 87-91]. The Receivership Termination Motion, prompted the Parties to stipulate to extend other deadlines in the Claims Order [Doc. 93], which was approved by the Court [Doc. No. 94].

7. By Stipulation [Doc No. 102], the Parties sought an extension of time in which to file a motion for a ruling on Produce Pay's Objections to Plaintiffs' claims. The Court granted the Stipulation by extending the deadline through July 10, 2019 [Doc. No.103].

8. On or about July 10, 2019, Fresh Innovations California, LLC filed a late Complaint in Intervention and Proof of Claim [Doc. No. 107], alleging good cause for the belated intervention. On August 14, 2019, Fresh Innovations California, LLC filed a response to the Produce Pay objections [Doc. No. 117].

9. Paragraph 39 of the Claims Order required that potential PACA Trust Beneficiaries and the objecting party exercise best efforts to resolve any objections.

10. Under paragraph 7 of the Second Stipulation and Order to Extend the Deadline to file Motion for Ruling on Objections to Claims as set forth in the Amended Preliminary Injunction Order, Establishing PACA Claims Procedure, and Allowing Expedited Discovery [Doc. No. 104], the parties agreed to provide the Court with a status report on their efforts. The joint status report was filed on July 31, 2019 [Doc. No. 114].

11. By Stipulation [Doc Nos. 116, 123, 125, and 131], the Parties sought further extensions of time in which to file a motion for a ruling on Produce Pay's

SEVENTH STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE MOTION FOR RULING ON OBJECTIONS TO CLAIMS AS SET FORTH IN THE AMENDED PRELIMINARY INJUNCTION ORDER, ESTABLISHING PACA CLAIMS PROCEDURE, AND ALLOWING EXPEDITED DISCOVERY

PAGE 4

Objections to Plaintiffs' claims and subsequent Claims Order deadlines. The Court granted the Stipulation by extending the relevant deadlines [Doc. Nos. 118, 124, 126, and 132].

12. The Parties continue to meet and confer in an attempt to resolve Produce Pay's Objections to Plaintiffs' claims [Doc. No. 82] and Plaintiffs' objections to Produce Pay's intervening complaint [Doc. No. 76]. The Parties need additional time to complete the narrowed informal discovery and to work toward a global resolution.

13. Thereafter, Plaintiffs anticipate submitting a stipulation and proposed order to validate PACA claims, approve a PACA Trust Chart with pro-rata distribution percentages and interim distribution amounts. Plaintiffs further anticipate subsequent distributions because: (1) resolution of the Produce Pay Objections to PACA Claims will allow for final collection of Trinity Fresh accounts receivables; and (2) the two remaining vehicles held by appointed referee, Zeb Seidel, of Auction Exchange, Inc. dba Bar None Auction ("Auctioneer") shall be auctioned free and clear of liens subject to Court Order [Doc. No. 133] in November 2019.

14. Having reviewed the procedural posture of this case, and the steps needed to proceed with the PACA Claims Procedure set out in the Claims Order, and in light of the time required to resolve Objections, the Parties agree that an extension of the deadline to file motion for a ruling on the Objections is necessary for the orderly administration of claims and assets in this matter. The below chart sets forth the current deadline, agreed new deadline, and unchanged deadlines for certain events set out in the Claims Order.

///
///
///

SEVENTH STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE MOTION FOR RULING ON OBJECTIONS TO CLAIMS AS SET FORTH IN THE AMENDED PRELIMINARY INJUNCTION ORDER, ESTABLISHING PACA CLAIMS PROCEDURE, AND ALLOWING EXPEDITED DISCOVERY

PAGE 5

| Deadline Event | Current Deadline as Set by Doc. No. 132 | New Deadline |
|---|---|---|
| **Deadline to File Motion for Ruling on Objections** | October 16, 2019 | October 30, 2019 |
| **Deadline to File and Serve PACA Trust Chart and Notice of First Interim Distribution** | October 25, 2019 | November 6, 2019 |
| **Deadline to File Objections to PACA Trust Chart and First Interim Distribution** | November 4, 2019 | November 13, 2019 |
| **Deadline to File Motion to Resolve Objections to PACA Trust Chart and to Approve First Interim Distribution** | November 14, 2019 | November 20, 2019 |
| **Anticipated Interim Distribution Deadline** | November 26, 2019 | November 27, 2019 |

IT IS SO ORDERED.

DATED: October 16, 2019

/s/ John A. Mendez_____

John A. Mendez, U. S. District Court Judge

[SIGNATURES CONTINUED ON NEXT PAGE]

SEVENTH STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE MOTION FOR RULING ON OBJECTIONS TO CLAIMS AS SET FORTH IN THE AMENDED PRELIMINARY INJUNCTION ORDER, ESTABLISHING PACA CLAIMS PROCEDURE, AND ALLOWING EXPEDITED DISCOVERY

PAGE 6

Respectfully submitted on October 16, 2019.

**STIPULATED AND AGREED BY:**

                                 RYNN & JANOWSKY, LLP

DATED: October 16, 2019             /s/ June Monroe
                                          June Monroe
                                            RYNN & JANOWSKY, LLP
                                            2603 Main Street, Suite 1250
                                            Irvine, CA  92614
                                            Tel. 949.752.2911
                                            Fax.949.752.0953

                                            Attorneys for Intervening Plaintiffs
                                            Sunterra Produce Traders, Inc., et al.


                                            MEUERS LAW FIRM, P.L.

DATED: October 16, 2019             /s/ Lawrence H. Meuers
                                            Lawrence H. Meuers
                                            Meuers Law Firm, P.L.
                                            5395 Park Central Court
                                            Naples, FL 34109
                                            Tel: 239.513.9191
                                            Fax: 239.513.9677

                                            Attorneys for Plaintiff Greengate Fresh, LLLP


                                            McCARRON & DIESS

DATED: October 16, 2019             /s/ Kate Ellis
                                            Kate Ellis
                                            McCARRON & DIESS
                                            4530 Wisconsin Avenue N.W., Suite 301
                                            Washington, DC 20016

Tel. 202.364.0400
Fax 202.364-2731
kellis@mccarronlaw.com
*Pro Hac Vice*

Attorneys for Consolidated Plaintiffs
FreshPoint Denver, Inc. et al.


BAKER MANOCK & JENSEN PC

DATED: October 16, 2019   /s/ Michael James Fletcher
Michael James Fletcher
Baker Manock & Jensen PC
5260 North Palm Ave.
Suite 421
Fresno, CA 93704
559.432.5400
559.432.5620 (fax)
mfletcher@bakermanock.com

Attorneys for Intervenor Ben E. Keith Company


RUBIN AND RUDMAN LLP

DATED: October 16, 2019   /s/ George R. Pitts
George R. Pitts
Rubin and Rudman LLP
800 Connecticut Avenue, NW
Suite 400
Washington, DC 20006
Tel. 240.356.1566
gpitts@rubinrudman.com

Attorneys for Intervenor Nor-Cal Produce, Inc.

|   |   |   |
|---|---|---|
| | | WALLACE JORDAN RATLIFF<br>& BRANDT LLC |
| DATED: October 16, 2019 | | /s/ Jason R. Klinowski<br>WALLACE JORDAN RATLIFF<br>& BRANDT LLC<br>800 Shades Creek Parkway, Suite 400<br>Birmingham, Alabama 35209<br>205.847.0371<br>jklinowski@wallacejordan.com<br>*Pro Hac Vice*<br><br>Attorneys for Intervenor Produce Pay, Inc.<br><br>NEUMILLER & BEARDSLEE |
| DATED: October 16, 2019 | | /s/ Ricardo Z. Aranda<br>NEUMILLER & BEARDSLEE<br>3121 W. March Lane, Suite 100<br>Stockton, CA 95219<br>Tel. 209-948-8200<br>raranda@neumiller.com<br><br>Attorneys for Intervenor Fresh Innovations California, LLC |

SEVENTH STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE MOTION FOR RULING ON OBJECTIONS TO CLAIMS AS SET FORTH IN THE AMENDED PRELIMINARY INJUNCTION ORDER, ESTABLISHING PACA CLAIMS PROCEDURE, AND ALLOWING EXPEDITED DISCOVERY

PAGE 9

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served electronically to all parties on the above-captioned matter at the electronic address as disclosed with the Court, or by sending the same via U.S. Postal Service.

RYNN & JANOWSKY, LLP

DATED: October 16, 2019 /s/ June Monroe
June Monroe, Attorneys for Intervening Plaintiffs Sunterra Produce Traders, Inc., et al.

**Notice has been electronically mailed to:**

Alexander James Lewicki    alewicki@diemerwei.com

C. Russell Georgeson    crgdanelaw@sbcglobal.net

George R. Pitts    gpitts@rubinrudman.com, cgrant@rubinrudman.com

Jason Ryan Klinowski , PHV    jklinowski@wallacejordan.com, jvoight@wallacejordan.com

June T. Monroe    june@rjlaw.com, shelly@rjlaw.com

Kate Ellis , PHV    kellis@mccarronlaw.com

Kathryn Diemer    kdiemer@diemerwei.com, dsopko@diemerwei.com, ecfnotice@diemerwei.com

Lawrence H. Meuers    lmeuers@meuerslawfirm.com, lrogers@meuerslawfirm.com, sdefalco@meuerslawfirm.com

Michael James Fletcher    mfletcher@bakermanock.com, vkearney@bakermanock.com

Ricardo Z Aranda    raranda@neumiller.com

SEVENTH STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE MOTION FOR RULING ON OBJECTIONS TO CLAIMS AS SET FORTH IN THE AMENDED PRELIMINARY INJUNCTION ORDER, ESTABLISHING PACA CLAIMS PROCEDURE, AND ALLOWING EXPEDITED DISCOVERY

PAGE 10

Shashauna M.D. Szczechowicz    sszczechowicz@wolkincurran.com, asdelgado@wolkincurran.com, vsimmons@wolkincurran.com

Walter R. Dahl    wdahl@DahlLaw.net, choffman@dahllaw.net

**Notice has been sent by U.S. Mail**

Trinity Fresh Distribution, LLC  
Trinity Fresh Procurement, LLC  
Trinity Fresh Management, LLC  
P. O. Box 619  
Rancho Murrieta, CA  95683

Administrator for:  
Patrick Bulmer  
California Receivership Services  
P. O. Box 5128  
Oroville, CA  95966

Zeb Seidel  
Bar None Auction  
4751 Power Inn Road, Suite A  
Sacramento, CA 95826

Ascentium Capital, LLC  
23970 US Hwy 59 N  
Kingwood, TX 77339