JUNE MONROE, State Bar No. 284763
R. JASON READ, State Bar No. 117561
RYNN & JANOWSKY, LLP
2603 Main Street, Suite 1250
Irvine, CA 92614
Telephone: (949) 752-2911

Attorneys for Intervening-Plaintiffs
SUNTERRA PRODUCE TRADERS, INC.,
1ST QUALITY PRODUCE, INC.,
PETERSON FARMS FRESH, INC.,
COASTAL PACIFIC SALES, LLC and
FROERER FARMS, INC. d/b/a OWYHEE PRODUCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENGATE FRESH, LLLP,<br><br>　　　　　Plaintiff,<br>vs.<br><br>TRINITY FRESH PROCUREMENT, LLC, et al.<br><br>　　　　　Defendants. | **CASE NO: 2:18-cv-03161-JAM-EFB**<br><br>**NINTH STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE MOTION FOR RULING ON OBJECTIONS TO CLAIMS AS SET FORTH IN THE AMENDED PRELIMINARY INJUNCTION ORDER, ESTABLISHING PACA CLAIMS PROCEDURE, AND ALLOWING EXPEDITED DISCOVERY** |
| SUNTERRA PRODUCE TRADERS, INC., et al.<br><br>　　　　　Intervening Plaintiffs,<br>vs.<br><br>TRINITY FRESH DISTRIBUTION, LLC, et al.,<br><br>　　　　　Defendants. | |

| | |
|---|---|
| FRESHPOINT DENVER, INC. and RUBY ROBINSON COMPANY, LLC, | |
| Consolidated Plaintiffs, | |
| vs. | |
| TRINITY FRESH DISTRIBUTION, LLC, et al. | |
| Consolidated Defendants. | |
| PRODUCE PAY, INC. | |
| Intervenor Plaintiff, | |
| vs. | |
| TRINITY FRESH DISTRIBUTION, LLC, TRINITY FRESH MANAGEMENT, LLC, and TRINITY FRESH PROCUREMENT, LLC, | |
| Intervenor Defendants. | |
| AND OTHER INTERVENING ACTIONS | |

Before this Court is the Ninth Stipulation to Extend the Deadline to File Motion for Ruling on Objections to Claims as set forth in the Amended Preliminary Injunction Order, Establishing PACA Claims Procedure, and Allowing Expedited Discovery agreed to by and between Plaintiff GreenGate Fresh, LLLP, Intervening Plaintiffs Sunterra Produce Traders, Inc., 1st Quality Produce, Inc., Peterson Farms Fresh, Inc., Coastal Pacific Sales, LLC; Froerer Farms, Inc. d/b/a Owyhee Produce (the "Sunterra Group"), Nor-Cal Produce, Inc., Ben E. Keith Company, and Fresh Innovations California, LLC

(collectively "Intervening Plaintiffs"), Consolidated Plaintiffs FreshPoint Denver, Inc. and Ruby Robinson Co., LLC (the "FreshPoint Group" with GreenGate and Sunterra Group, and Intervening Plaintiffs are together "Plaintiffs"), and Intervenor Produce Pay, Inc. ("Produce Pay") (Plaintiffs and Produce Pay are the "Parties"), by and through their respective undersigned attorneys. In support thereof, the Parties state as follows:

1. Plaintiffs filed and served Proof of Claims asserting statutory trust beneficiary status arising under the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. § 499e(c)(2), against Trinity Fresh Procurement, LLC, Trinity Fresh Distribution, LLC, and Trinity Fresh Management, LLC (collectively "Trinity Fresh"), as required by paragraphs 30, 32 and 33 the Amended Preliminary Injunction Order, Establishing PACA Claims Procedure, and Allowing Expedited Discovery ("Claims Order") [Doc. No. 47], as amended by further Stipulations and Orders [Doc. Nos. 48, 93/94, 103/104, 116/118, 123/124, 125/126, 131/132, 134/135, and 137/138]. [*See*, GreenGate Fresh, LLLP, Doc. No. 70; Sunterra Group, Doc. Nos. 61-65; Nor-Cal Produce, Inc., Doc. No. 77; Ben E. Keith Company Doc. Nos. 72, 74; FreshPoint Group, Doc. Nos. 66-67]

2. Paul Abess was the sole shareholder of the Trinity Fresh entities. On April 15, 2019, he filed for bankruptcy protection under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. § 101 *et seq.* [Doc. No. 60] Certain Plaintiffs have dismissed Abess from this action. GreenGate Fresh, LLLP and FreshPoint Group have pending adversary actions against Mr. Abess. Pursuant to 11 U.S.C. § 362(a), all prosecution or continuation of the instant action, consolidated action and intervening actions are stayed as to Mr. Abess. [Doc. No. 60]

3. Intervenor Produce Pay filed its Objection to Plaintiffs' claims and to any late filed claims on May 13, 2019 [Doc. No. 82].

NINTH STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE MOTION FOR RULING ON OBJECTIONS TO CLAIMS AS SET FORTH IN THE AMENDED PRELIMINARY INJUNCTION ORDER, ESTABLISHING PACA CLAIMS PROCEDURE, AND ALLOWING EXPEDITED DISCOVERY

PAGE 3

4. The Parties agreed that the deadline to respond to Produce Pay's Objection should be extended to June 10, 2019, which was approved by the Court [Doc. No. 86].

5. Plaintiffs filed their respective Responses to the Objections. [GreenGate Fresh, LLLP, Doc. No. 101; Sunterra Group, Doc. No. 100; Nor-Cal Produce, Inc., Doc. No. 84; Ben E. Keith Company Doc. No. 99; FreshPoint Group, Doc. No. 98]

6. As a consequence of the Court appointed Receiver's death, certain plaintiffs filed the Joint Motion for Court Orders (1) Terminating the Receivership; (2) Enforcing the Liability Bond of Receiver; (3) Appointing a Referee to Complete Auction of Vehicles ("Receivership Termination Motion") [Doc Nos. 87-91]. The Receivership Termination Motion, prompted the Parties to stipulate to extend other deadlines in the Claims Order [Doc. 93], which was approved by the Court [Doc. No. 94].

7. By Stipulation [Doc No. 102], the Parties sought an extension of time in which to file a motion for a ruling on Produce Pay's Objections to Plaintiffs' claims. The Court granted the Stipulation by extending the deadline through July 10, 2019 [Doc. No.103].

8. On or about July 10, 2019, Fresh Innovations California, LLC filed a late Complaint in Intervention and Proof of Claim [Doc. No. 107], alleging good cause for the belated intervention. On August 14, 2019, Fresh Innovations California, LLC filed a response to the Produce Pay objections [Doc. No. 117].

9. Paragraph 39 of the Claims Order required that potential PACA Trust Beneficiaries and the objecting party exercise best efforts to resolve any objections.

10. Under paragraph 7 of the Second Stipulation and Order to Extend the Deadline to file Motion for Ruling on Objections to Claims as set forth in the Amended Preliminary Injunction Order, Establishing PACA Claims Procedure, and Allowing Expedited Discovery [Doc. No. 104], the parties agreed to provide the Court with a status report on their efforts. The joint status report was filed on July 31, 2019 [Doc. No. 114].

NINTH STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE MOTION FOR RULING ON OBJECTIONS TO CLAIMS AS SET FORTH IN THE AMENDED PRELIMINARY INJUNCTION ORDER, ESTABLISHING PACA CLAIMS PROCEDURE, AND ALLOWING EXPEDITED DISCOVERY

PAGE 4

11.  By Stipulation [Doc Nos. 116, 123, 125, 131, 134, and 137], the Parties sought further extensions of time in which to file a motion for a ruling on Produce Pay's Objections to Plaintiffs' claims and subsequent Claims Order deadlines. The Court granted the Stipulation by extending the relevant deadlines [Doc. Nos. 118, 124, 126, 132, 135, and 138].

12.  The Parties continue to meet and confer in an attempt to resolve Produce Pay's Objections to Plaintiffs' claims [Doc. No. 82] and Plaintiffs' objections to Produce Pay's intervening complaint [Doc. No. 76]. The Parties still need at least an additional 30 days to complete the narrowed informal discovery and to work toward a global resolution.

13.  Thereafter, Plaintiffs anticipate submitting a stipulation and proposed order to validate PACA claims, approve a PACA Trust Chart with pro-rata distribution percentages and interim distribution amounts. Plaintiffs further anticipate subsequent distributions because: (1) resolution of the Produce Pay Objections to PACA Claims will allow for final collection of Trinity Fresh accounts receivables; and (2) the two remaining vehicles held by appointed referee, Zeb Seidel, of Auction Exchange, Inc. dba Bar None Auction ("Auctioneer") shall be auctioned free and clear of liens subject to Court Order [Doc. No. 133] by the end of November 2019.

14.  Having reviewed the procedural posture of this case, and the steps needed to proceed with the PACA Claims Procedure set out in the Claims Order, and in light of the time required to resolve Objections, the Parties agree that an extension of the deadline to file motion for a ruling on the Objections is necessary for the orderly administration of claims and assets in this matter. The below chart sets forth the current deadline, agreed new deadline, and unchanged deadlines for certain events set out in the Claims Order.

*///*

*///*

NINTH STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE MOTION FOR RULING ON OBJECTIONS TO CLAIMS AS SET FORTH IN THE AMENDED PRELIMINARY INJUNCTION ORDER, ESTABLISHING PACA CLAIMS PROCEDURE, AND ALLOWING EXPEDITED DISCOVERY

PAGE 5

///

| Deadline Event | Current Deadline as Set by Doc. No. 138 | New Deadline |
|---|---|---|
| **Deadline to File Motion for Ruling on Objections** | November 13, 2019 | December 20, 2019 |
| **Deadline to File and Serve PACA Trust Chart and Notice of First Interim Distribution** | November 20, 2019 | January 6, 2020 |
| **Deadline to File Objections to PACA Trust Chart and First Interim Distribution** | November 27, 2019 | January 16, 2020 |
| **Deadline to File Motion to Resolve Objections to PACA Trust Chart and to Approve First Interim Distribution** | December 6, 2019 | January 27, 2020 |
| **Anticipated Interim Distribution Deadline** | December 13, 2019 | February 6, 2020 |

IT IS SO ORDERED.

Dated: November 13, 2019      /s/ John A. Mendez_____
_____
JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE

[SIGNATURE CONTINUED ON NEXT PAGE]

Respectfully submitted on November 13, 2019.

**STIPULATED AND AGREED BY:**

|  |  |
|---|---|
|  | RYNN & JANOWSKY, LLP |
| DATED: November 13, 2019 | /s/ June Monroe |
|  | June Monroe |
|  | RYNN & JANOWSKY, LLP |
|  | 2603 Main Street, Suite 1250 |
|  | Irvine, CA  92614 |
|  | Tel. 949.752.2911 |
|  | Fax.949.752.0953 |
|  |  |
|  | Attorneys for Intervening Plaintiffs Sunterra Produce Traders, Inc., et al. |
|  |  |
|  | MEUERS LAW FIRM, P.L. |
| DATED: November 13, 2019 | /s/ Lawrence H. Meuers |
|  | Lawrence H. Meuers |
|  | Meuers Law Firm, P.L. |
|  | 5395 Park Central Court |
|  | Naples, FL 34109 |
|  | Tel: 239.513.9191 |
|  | Fax: 239.513.9677 |
|  |  |
|  | Attorneys for Plaintiff Greengate Fresh, LLLP |
|  |  |
|  | McCARRON & DIESS |
| DATED: November 13, 2019 | /s/ Kate Ellis |
|  | Kate Ellis |
|  | McCARRON & DIESS |

| | |
|---|---|
| 1 | 4530 Wisconsin Avenue N.W., Suite 301 |
| 2 | Washington, DC 20016 |
| | Tel. 202.364.0400 |
| 3 | Fax 202.364-2731 |
| | kellis@mccarronlaw.com |
| 4 | *Pro Hac Vice* |
| 5 | Attorneys for Consolidated Plaintiffs |
| 6 | FreshPoint Denver, Inc. et al. |

BAKER MANOCK & JENSEN PC

DATED: November 13, 2019        /s/ Michael James Fletcher
                                Michael James Fletcher
                                Baker Manock & Jensen PC
                                5260 North Palm Ave.
                                Suite 421
                                Fresno, CA 93704
                                559.432.5400
                                559.432.5620 (fax)
                                mfletcher@bakermanock.com

                                Attorneys for Intervenor Ben E. Keith Company


RUBIN AND RUDMAN LLP

DATED: November 13, 2019        /s/ George R. Pitts
                                George R. Pitts
                                Rubin and Rudman LLP
                                800 Connecticut Avenue, NW
                                Suite 400
                                Washington, DC 20006
                                Tel. 240.356.1566
                                gpitts@rubinrudman.com

                                Attorneys for Intervenor Nor-Cal Produce, Inc.

| | |
|---|---|
| | WALLACE JORDAN RATLIFF & BRANDT LLC |
| DATED: November 13, 2019 | /s/ Jason R. Klinowski<br>WALLACE JORDAN RATLIFF & BRANDT LLC<br>800 Shades Creek Parkway, Suite 400<br>Birmingham, Alabama 35209<br>205.847.0371<br>jklinowski@wallacejordan.com<br>*Pro Hac Vice*<br><br>Attorneys for Intervenor Produce Pay, Inc. |
| | NEUMILLER & BEARDSLEE |
| DATED: November 13, 2019 | /s/ Ricardo Z. Aranda<br>NEUMILLER & BEARDSLEE<br>3121 W. March Lane, Suite 100<br>Stockton, CA 95219<br>Tel. 209-948-8200<br>raranda@neumiller.com<br><br>Attorneys for Intervenor Fresh Innovations California, LLC |

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served electronically to all parties on the above-captioned matter at the electronic address as disclosed with the Court, or by sending the same via U.S. Postal Service.

RYNN & JANOWSKY, LLP

DATED: November 13, 2019  /s/ June Monroe
June Monroe, Attorneys for Intervening Plaintiffs Sunterra Produce Traders, Inc., et al.

**Notice has been electronically mailed to:**

Alexander James Lewicki  alewicki@diemerwei.com

C. Russell Georgeson  crgdanelaw@sbcglobal.net

George R. Pitts  gpitts@rubinrudman.com, cgrant@rubinrudman.com

Jason Ryan Klinowski , PHV  jklinowski@wallacejordan.com, jvoight@wallacejordan.com

June T. Monroe  june@rjlaw.com, shelly@rjlaw.com

Kate Ellis , PHV  kellis@mccarronlaw.com

Kathryn Diemer  kdiemer@diemerwei.com, dsopko@diemerwei.com, ecfnotice@diemerwei.com

Lawrence H. Meuers  lmeuers@meuerslawfirm.com, lrogers@meuerslawfirm.com, sdefalco@meuerslawfirm.com

Michael James Fletcher  mfletcher@bakermanock.com, vkearney@bakermanock.com

Ricardo Z Aranda  raranda@neumiller.com

Shashauna M.D. Szczechowicz   sszczechowicz@wolkincurran.com, asdelgado@wolkincurran.com, vsimmons@wolkincurran.com

Walter R. Dahl   wdahl@DahlLaw.net, choffman@dahllaw.net

**Notice has been sent by U.S. Mail**

Trinity Fresh Distribution, LLC
Trinity Fresh Procurement, LLC
Trinity Fresh Management, LLC
P. O. Box 619
Rancho Murrieta, CA  95683

Administrator for:
Patrick Bulmer
California Receivership Services
P. O. Box 5128
Oroville, CA  95966

Zeb Seidel
Bar None Auction
4751 Power Inn Road, Suite A
Sacramento, CA 95826

Ascentium Capital, LLC
23970 US Hwy 59 N
Kingwood, TX 77339