JUNE MONROE, State Bar No. 284763
R. JASON READ, State Bar No. 117561
RYNN & JANOWSKY, LLP
2603 Main Street, Suite 1250
Irvine, CA 92614
Telephone: (949) 752-2911

Attorneys for Intervening-Plaintiffs
SUNTERRA PRODUCE TRADERS, INC.,
1ST QUALITY PRODUCE, INC.,
PETERSON FARMS FRESH, INC.,
COASTAL PACIFIC SALES, LLC and
FROERER FARMS, INC. d/b/a OWYHEE PRODUCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENGATE FRESH, LLLP,<br><br>Plaintiff,<br>vs.<br><br>TRINITY FRESH PROCUREMENT, LLC, et al.<br><br>Defendants. | **CASE NO: 2:18-cv-03161-JAM-EFB**<br><br>**ELEVENTH STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE MOTION FOR RULING ON OBJECTIONS TO CLAIMS AS SET FORTH IN THE AMENDED PRELIMINARY INJUNCTION ORDER, ESTABLISHING PACA CLAIMS PROCEDURE, AND ALLOWING EXPEDITED DISCOVERY** |
| SUNTERRA PRODUCE TRADERS, INC., et al.<br><br>Intervening Plaintiffs,<br>vs.<br><br>TRINITY FRESH DISTRIBUTION, LLC, et al.,<br><br>Defendants. | |

Eleventh Stipulation And Order To Extend The Deadline To File Motion For Ruling On Objections To Claims As Set Forth In The Amended Preliminary Injunction Order, Establishing PACA Claims Procedure, And Allowing Expedited Discovery

Page 1

| | |
|---|---|
| FRESHPOINT DENVER, INC. and RUBY ROBINSON COMPANY, LLC, | |
| Consolidated Plaintiffs, | |
| vs. | |
| TRINITY FRESH DISTRIBUTION, LLC, et al. | |
| Consolidated Defendants. | |
| PRODUCE PAY, INC. | |
| Intervenor Plaintiff, | |
| vs. | |
| TRINITY FRESH DISTRIBUTION, LLC, TRINITY FRESH MANAGEMENT, LLC, and TRINITY FRESH PROCUREMENT, LLC, | |
| Intervenor Defendants. | |
| AND OTHER INTERVENING ACTIONS | |

Before this Court is the Eleventh Stipulation to Extend the Deadline to File Motion for Ruling on Objections to Claims as set forth in the Amended Preliminary Injunction Order, Establishing PACA Claims Procedure, and Allowing Expedited Discovery agreed to by and between Plaintiff GreenGate Fresh, LLLP, Intervening Plaintiffs Sunterra Produce Traders, Inc., 1st Quality Produce, Inc., Peterson Farms Fresh, Inc., Coastal Pacific Sales, LLC; Froerer Farms, Inc. d/b/a Owyhee Produce (the "Sunterra Group"), Nor-Cal Produce, Inc., Ben E. Keith Company, and Fresh Innovations

ELEVENTH STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE MOTION FOR RULING ON OBJECTIONS TO CLAIMS AS SET FORTH IN THE AMENDED PRELIMINARY INJUNCTION ORDER, ESTABLISHING PACA CLAIMS PROCEDURE, AND ALLOWING EXPEDITED DISCOVERY

PAGE 2

California, LLC (collectively "Intervening Plaintiffs"), Consolidated Plaintiffs FreshPoint Denver, Inc. and Ruby Robinson Co., LLC (the "FreshPoint Group" with GreenGate and Sunterra Group, and Intervening Plaintiffs are together "Plaintiffs"), and Intervenor Produce Pay, Inc. ("Produce Pay") (Plaintiffs and Produce Pay are the "Parties"), by and through their respective undersigned attorneys. In support thereof, the Parties state as follows:

1. Plaintiffs filed and served Proof of Claims asserting statutory trust beneficiary status arising under the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. § 499e(c)(2), against Trinity Fresh Procurement, LLC, Trinity Fresh Distribution, LLC, and Trinity Fresh Management, LLC (collectively "Trinity Fresh"), as required by paragraphs 30, 32 and 33 the Amended Preliminary Injunction Order, Establishing PACA Claims Procedure, and Allowing Expedited Discovery ("Claims Order") [Doc. No. 47], as amended by further Stipulations and Orders [Doc. Nos. 48, 93/94, 103/104, 116/118, 123/124, 125/126, 131/132, 134/135, 137/138, 139/140, and 142/143]. [*See*, GreenGate Fresh, LLLP, Doc. No. 70; Sunterra Group, Doc. Nos. 61-65; Nor-Cal Produce, Inc., Doc. No. 77; Ben E. Keith Company Doc. Nos. 72, 74; FreshPoint Group, Doc. Nos. 66-67]

2. Paul Abess was the sole shareholder of the Trinity Fresh entities. On April 15, 2019, he filed for bankruptcy protection under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. § 101 *et seq.* [Doc. No. 60]. Pursuant to 11 U.S.C. § 362(a), all prosecution or continuation of the instant action, consolidated action and intervening actions has been stayed as to Mr. Abess [Doc. No. 60], and his discharge order was entered on August 6, 2019. GreenGate Fresh, LLLP and FreshPoint Group have pending adversary actions against Mr. Abess excepting to his discharge, and those plaintiffs who originally included him as a defendant but did not file adversary complaints excepting to his discharge have dismissed Mr. Abess from this action.

ELEVENTH STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE MOTION FOR RULING ON OBJECTIONS TO CLAIMS AS SET FORTH IN THE AMENDED PRELIMINARY INJUNCTION ORDER, ESTABLISHING PACA CLAIMS PROCEDURE, AND ALLOWING EXPEDITED DISCOVERY

PAGE 3

3. Intervenor Produce Pay filed its Objection to Plaintiffs' claims and to any late filed claims on May 13, 2019 [Doc. No. 82].

4. The Parties agreed that the deadline to respond to Produce Pay's Objection should be extended to June 10, 2019, which was approved by the Court [Doc. No. 86].

5. Plaintiffs filed their respective Responses to the Objections. [GreenGate Fresh, LLLP, Doc. No. 101; Sunterra Group, Doc. No. 100; Nor-Cal Produce, Inc., Doc. No. 84; Ben E. Keith Company Doc. No. 99; FreshPoint Group, Doc. No. 98]

6. As a consequence of the Court appointed Receiver's death, certain plaintiffs filed the Joint Motion for Court Orders (1) Terminating the Receivership; (2) Enforcing the Liability Bond of Receiver; (3) Appointing a Referee to Complete Auction of Vehicles ("Receivership Termination Motion") [Doc Nos. 87-91]. The Receivership Termination Motion, prompted the Parties to stipulate to extend other deadlines in the Claims Order [Doc. 93], which was approved by the Court [Doc. No. 94].

7. By Stipulation [Doc No. 102], the Parties sought an extension of time in which to file a motion for a ruling on Produce Pay's Objections to Plaintiffs' claims. The Court granted the Stipulation by extending the deadline through July 10, 2019 [Doc. No.103].

8. On or about July 10, 2019, Fresh Innovations California, LLC filed a late Complaint in Intervention and Proof of Claim [Doc. No. 107], alleging good cause for the belated intervention. On August 14, 2019, Fresh Innovations California, LLC filed a response to the Produce Pay objections [Doc. No. 117].

9. Paragraph 39 of the Claims Order required that potential PACA Trust Beneficiaries and the objecting party exercise best efforts to resolve any objections.

10. Under paragraph 7 of the Second Stipulation and Order to Extend the Deadline to file Motion for Ruling on Objections to Claims as set forth in the Amended Preliminary Injunction Order, Establishing PACA Claims Procedure, and Allowing

1 | Expedited Discovery [Doc. No. 104], the parties agreed to provide the Court with a status report on their efforts. The joint status report was filed on July 31, 2019 [Doc. No. 114].

11. By Stipulation [Doc Nos. 116, 123, 125, 131, 134, 137, 139, and 142], the Parties sought further extensions of time in which to file a motion for a ruling on Produce Pay's Objections to Plaintiffs' claims and subsequent Claims Order deadlines. The Court granted the Stipulation by extending the relevant deadlines [Doc. Nos. 118, 124, 126, 132, 135, 138, 140, and 143].

12. The Parties continue to meet and confer in an attempt to resolve Produce Pay's Objections to Plaintiffs' claims [Doc. No. 82] and Plaintiffs' objections to Produce Pay's intervening complaint [Doc. No. 76]. Produce Pay produced additional documents to Plaintiffs on January 2, 2020. Plaintiffs need additional time to review and analyze such documentation and work toward a global resolution.

13. Thereafter, Plaintiffs anticipate submitting a stipulation and proposed order to validate PACA claims, approve a PACA Trust Chart with pro-rata distribution percentages and interim distribution amounts. Plaintiffs further anticipate subsequent distributions because resolution of the Produce Pay Objections to PACA Claims will allow for final collection of Trinity Fresh accounts receivables.

14. Having reviewed the procedural posture of this case, and the steps needed to proceed with the PACA Claims Procedure set out in the Claims Order, and in light of the time required to resolve Objections, the Parties agree that an extension of the deadline to file motion for a ruling on the Objections is necessary for the orderly administration of claims and assets in this matter. The below chart sets forth the current deadline, agreed new deadline, and unchanged deadlines for certain events set out in the Claims Order.

*///*

*///*

*///*

ELEVENTH STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE MOTION FOR RULING ON OBJECTIONS TO CLAIMS AS SET FORTH IN THE AMENDED PRELIMINARY INJUNCTION ORDER, ESTABLISHING PACA CLAIMS PROCEDURE, AND ALLOWING EXPEDITED DISCOVERY

PAGE 5

| Deadline Event | Current Deadline as Set by Doc. No. 143 | New Deadline |
|---|---|---|
| **Deadline to File Motion for Ruling on Objections** | January 3, 2020 | January 17, 2020 |
| **Deadline to File and Serve PACA Trust Chart and Notice of First Interim Distribution** | January 17, 2020 | January 27, 2020 |
| **Deadline to File Objections to PACA Trust Chart and First Interim Distribution** | January 27, 2020 | February 6, 2020 |
| **Deadline to File Motion to Resolve Objections to PACA Trust Chart and to Approve First Interim Distribution** | February 6, 2020 | February 18, 2020 |
| **Anticipated Interim Distribution Deadline** | February 18, 2020 | February 28, 2020 |

IT IS SO ORDERED.

Dated: 1/3/2020         /s/ John A. Mendez_____
        _____
                        JOHN A. MENDEZ
                        U.S. DISTRICT COURT JUDGE

[SIGNATURE CONTINUED ON NEXT PAGE]

par

Respectfully submitted on January 3, 2020.

**STIPULATED AND AGREED BY:**

RYNN & JANOWSKY, LLP

DATED: January 3, 2020  /s/ June Monroe
June Monroe
RYNN & JANOWSKY, LLP
2603 Main Street, Suite 1250
Irvine, CA 92614
Tel. 949.752.2911
Fax.949.752.0953

Attorneys for Intervening Plaintiffs
Sunterra Produce Traders, Inc., et al.


MEUERS LAW FIRM, P.L.

DATED: January 3, 2020  /s/ Lawrence H. Meuers
Lawrence H. Meuers
Meuers Law Firm, P.L.
5395 Park Central Court
Naples, FL 34109
Tel: 239.513.9191
Fax: 239.513.9677

Attorneys for Plaintiff Greengate Fresh, LLLP


McCARRON & DIESS

DATED: January 3, 2020  /s/ Kate Ellis
Kate Ellis
McCARRON & DIESS
4530 Wisconsin Avenue N.W., Suite 301
Washington, DC 20016

| | |
|---|---|
| | Tel. 202.364.0400 |
| | Fax 202.364-2731 |
| | kellis@mccarronlaw.com |
| | *Pro Hac Vice* |
| | |
| | Attorneys for Consolidated Plaintiffs |
| | FreshPoint Denver, Inc. et al. |
| | |
| | BAKER MANOCK & JENSEN PC |
| DATED: January 3, 2020 | /s/ Michael James Fletcher |
| | Michael James Fletcher |
| | Baker Manock & Jensen PC |
| | 5260 North Palm Ave. |
| | Suite 421 |
| | Fresno, CA 93704 |
| | 559.432.5400 |
| | 559.432.5620 (fax) |
| | mfletcher@bakermanock.com |
| | |
| | Attorneys for Intervenor Ben E. Keith Company |
| | |
| | BIRCH HORTON BITTNER & CHEROT, P.C. |
| | |
| DATED: January 3, 2020 | /s/ George R. Pitts |
| | George R. Pitts |
| | Birch Horton Bittner & Cherot, P.C. |
| | 1100 Connecticut Avenue, NW, Ste. 825 |
| | Washington, D.C. 20036-4165 |
| | (202) 659-5800 – Phone |
| | (202) 862-8349 – Direct Dial |
| | (202) 659-1027 – Fax |
| | gpitts@dc.bhb.com |
| | |
| | Attorneys for Intervenor Nor-Cal Produce, Inc. |

| | |
|---|---|
| | WALLACE JORDAN RATLIFF & BRANDT LLC |
| DATED: January 3, 2020 | /s/ Jason R. Klinowski |
| | WALLACE JORDAN RATLIFF & BRANDT LLC |
| | 800 Shades Creek Parkway, Suite 400 |
| | Birmingham, Alabama 35209 |
| | 205.847.0371 |
| | jklinowski@wallacejordan.com |
| | *Pro Hac Vice* |
| | |
| | Attorneys for Intervenor Produce Pay, Inc. |
| | |
| | NEUMILLER & BEARDSLEE |
| DATED: January 3, 2020 | /s/ Ricardo Z. Aranda |
| | NEUMILLER & BEARDSLEE |
| | 3121 W. March Lane, Suite 100 |
| | Stockton, CA 95219 |
| | Tel. 209-948-8200 |
| | raranda@neumiller.com |
| | |
| | Attorneys for Intervenor Fresh Innovations California, LLC |

ELEVENTH STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE MOTION FOR RULING ON OBJECTIONS TO CLAIMS AS SET FORTH IN THE AMENDED PRELIMINARY INJUNCTION ORDER, ESTABLISHING PACA CLAIMS PROCEDURE, AND ALLOWING EXPEDITED DISCOVERY

PAGE 9

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served electronically to all parties on the above-captioned matter at the electronic address as disclosed with the Court, or by sending the same via U.S. Postal Service.

RYNN & JANOWSKY, LLP

DATED: January 3, 2020        /s/ June Monroe
June Monroe, Attorneys for Intervening Plaintiffs Sunterra Produce Traders, Inc., et al.

**Notice has been electronically mailed to:**

Alexander James Lewicki    alewicki@diemerwei.com

C. Russell Georgeson    crgdanelaw@sbcglobal.net

George R. Pitts    gpitts@rubinrudman.com, cgrant@rubinrudman.com

Jason Ryan Klinowski , PHV    jklinowski@wallacejordan.com, jvoight@wallacejordan.com

June T. Monroe    june@rjlaw.com, shelly@rjlaw.com

Kate Ellis , PHV    kellis@mccarronlaw.com

Kathryn Diemer    kdiemer@diemerwei.com, dsopko@diemerwei.com, ecfnotice@diemerwei.com

Lawrence H. Meuers    lmeuers@meuerslawfirm.com, lrogers@meuerslawfirm.com, sdefalco@meuerslawfirm.com

Michael James Fletcher    mfletcher@bakermanock.com, vkearney@bakermanock.com

Ricardo Z Aranda    raranda@neumiller.com

Shashauna M.D. Szczechowicz  sszczechowicz@wolkincurran.com, asdelgado@wolkincurran.com, vsimmons@wolkincurran.com

Walter R. Dahl  wdahl@DahlLaw.net, choffman@dahllaw.net

**Notice has been sent by U.S. Mail**

Trinity Fresh Distribution, LLC
Trinity Fresh Procurement, LLC
Trinity Fresh Management, LLC
P. O. Box 619
Rancho Murrieta, CA  95683

Administrator for:
Patrick Bulmer
California Receivership Services
P. O. Box 5128
Oroville, CA  95966

Zeb Seidel
Bar None Auction
4751 Power Inn Road, Suite A
Sacramento, CA 95826

Ascentium Capital, LLC
23970 US Hwy 59 N
Kingwood, TX 77339