UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENGATE FRESH, LLP, et al., | No. 2:18-cv-3161-JAM-JDP |
| Plaintiffs, | |
| v. | ORDER |
| TRINITY FRESH PROCUREMENT, LLC, et al, | |
| Defendants. | |

Plaintiffs' motion for entry of default judgment was heard before the assigned Magistrate Judge on April 1, 2021. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1).

On May 5, 2021, the magistrate judge filed findings and recommendations herein which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed May 5, 2021, are adopted in full.
2. Plaintiffs' motion for default judgment (ECF No. 159) is granted.

3. Declaratory judgment is entered in plaintiffs' favor and against defendants as follows:

    a. The factoring agreement between Produce Pay, Inc., and Trinity Fresh Procurement, LLC, Trinity Fresh Management, LLC, and Trinity Fresh Distribution, LLC, constituted a true sale of specified produce-related accounts receivable;

    b. Produce Pay, Inc.'s payment of the agreed upon purchase price to Trinity Fresh Procurement, LLC, Trinity Fresh Management, LLC, and Trinity Fresh Distribution, LLC, extinguished any and all PACA trust rights or obligations that may have been impressed on the produce-related accounts receivable; and

    c. The agreed-upon purchase price for each produce-related account receivable in the factoring agreement was commercially reasonable.

DATED: July 7, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE